| United States Bankruptcy Court<br>Northern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Calinawan, Camilo C. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Calinawan, Elsida L. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Mel Calinawan; dba Cali-Allen Properties | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>aka Elsie Calinawan |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  2713 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  7268 |
| Street Address of Debtor (No. and Street, City,  and State)<br>21449 Riverview Ct.<br>Salinas, CA    ZIPCODE 93908 | Street Address of Joint Debtor (No. and Street, City, and State)<br>21449 Riverview Ct.<br>Salinas, CA    ZIPCODE 93908 |
| County of Residence or of the Principal Place of Business:<br>Monterey | County of Residence or of the Principal Place of Business:<br>Monterey |
| Mailing Address of Debtor (if different from street address):    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):    ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE |
|---|

**Type of Debtor**
(Form of Organization)
(Check one box)
- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check one  box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Rental Real Estate

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main  Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form  3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): Camilo C. Calinawan & Elsida L. Calinawan |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: Northern District of California | Case Number: 13-54760 | Date Filed: 9-5-2013 |
| Location Where Filed: Northern District of California | Case Number: 12-54140 | Date Filed: 5-31-12 |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          Date |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Camilo C. Calinawan & Elsida L. Calinawan |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Camilo C. Calinawan
_____
Signature of Debtor

**X** /s/ Elsida L. Calinawan
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
12/9/2013
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X** /s/ Lars Fuller
_____
Signature of Attorney for Debtor(s)

LARS FULLER 141270
_____
Printed Name of Attorney for Debtor(s)

The Fuller Law Firm, P.C.
_____
Firm Name

60 North Keeble Avenue
_____
Address

San Jose, CA 95126
_____

408-295-5595
_____
Telephone Number

12/9/2013
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re   Camilo C. Calinawan & Elsida L. Calinawan        ,
                              Debtor

Case No. _____

Chapter      11     _____

## Voluntary Petition Continuation Sheet

| Additional Prior Bankruptcy Case(s) Filed Within Last 8 Years | | |
|---|---|---|
| Location<br>Where Filed: Northern District of California | Case Number:<br>11-60663 | Date Filed:<br>11-18-11 |
| Location<br>Where Filed: Northern District of California | Case Number:<br>12-55921 | Date Filed:<br>8-8-12 |

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re Camilo C. Calinawan & Elsida L. Calinawan
Debtor(s)

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2008 ©1991-2013, New Hope Software, Inc., ver. 4.7.3-791 - 30362-30362 -***

❐  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❐  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ❐  Active military duty in a military combat zone.

❐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____/s/ Camilo C. Calinawan_____

                                          CAMILO C. CALINAWAN

            Date: _____12/9/2013_____

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re Camilo C. Calinawan & Elsida L. Calinawan

Debtor(s)

Case No._____

(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

❏  3.  I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**
    ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Joint Debtor:    /s/ Elsida L. Calinawan
                       ELSIDA L. CALINAWAN

Date:    12/9/2013

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re   Camilo C. Calinawan & Elsida L. Calinawan          ,
                        Debtor

Case No. _____

Chapter          11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

  Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Union Bank N.A. P.O. Box 30115 Los Angeles, CA 90030 | | | | 501,049.51 Collateral FMV 400,088.56 |
| Union Bank P.O. Box 30115 Los Angeles, CA 90030 | | | | 519,820.30 Collateral FMV 400,848.74 |
| Indymac Bank/Onewest bank Attn: Bankruptcy 2900 Esperanza Crossing Austin, TX 78758 | | | | 559,934.80 Collateral FMV 400,931.00 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| Chase<br>Attn: Bankruptcy Dept<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | | 368,209.99<br>Collateral FMV<br>207,348.62 |
| Ocwen F.S.B.<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | | | | 423,331.29<br>Collateral FMV<br>251,202.92 |
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | | | | 658,848.06<br>Collateral FMV<br>484,560.88 |
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | | | | 420,102.85<br>Collateral FMV<br>227,063.02 |
| Paul & Penny Callinawan<br>3245 Coral Way<br>Marina, CA 93933 | | | | 195,751.00 |
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | | | | 528,763.42<br>Collateral FMV<br>303,818.94 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Bank Of America
Attention: Recovery
Department
4161 Peidmont Pkwy.
Greensboro, NC
27410

578,381.48
Collateral FMV
349,512.80

Bank Of America
Attention: Recovery
Department
4161 Peidmont Pkwy.
Greensboro, NC
27410

496,281.08
Collateral FMV
256,078.58

Bank Of America
Attention: Recovery
Department
4161 Peidmont Pkwy.
Greensboro, NC
27410

604,918.34
Collateral FMV
355,275.56

Bank Of America
Attention: Recovery
Department
4161 Peidmont Pkwy.
Greensboro, NC
27410

609,858.76
Collateral FMV
349,773.80

Ocwen
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL
33416

624,224.10
Collateral FMV
355,733.36

Nationstar Mortgage
Attn: Bankruptcy
Dept.
350 Highland Dr.
Lewisville, TX 75067

535,173.85
Collateral FMV
255,732.52

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

Nationstar Mortgage
Attn: Bankruptcy
Dept.
350 Highland Dr.
Lewisville, TX 75067

481,914.61
Collateral FMV
178,065.30

Bank Of America
Attention: Recovery
Department
4161 Peidmont Pkwy.
Greensboro, NC
27410

573,026.03
Collateral FMV
256,891.08

Bank Of America
Attention: Recovery
Department
4161 Peidmont Pkwy.
Greensboro, NC
27410

555,373.39
Collateral FMV
171,888.06

Rich Allen
Tess Allen
925 Rancho Hills
Gilroy, CA 95020

468,000.00

One West Bank
301 E. Ocean Blvd.
#1720
Long Beach, CA
90802

1,267,500.00
Collateral FMV
621,000.00

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing list of twenty largest unsecured creditors and that it is true and correct to the best of my knowledge, information and belief.

Date    12/9/2013           Signature    /s/ Camilo C. Calinawan
                                                     CAMILO C. CALINAWAN

Date    12/9/2013           Signature    /s/ Elsida L. Calinawan
                                   of Joint Debtor    ELSIDA L. CALINAWAN

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

In re  Camilo C. Calinawan & Elsida L. Calinawan                 Case No. _____

**Debtor**                                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 715 East Market Triplex<br><br>715 East Market Street<br>Salinas, CA 93905 | Fee Simple | W | 254,000.00 | 426,128.37 |
| 546 Francis Avenue Property<br><br>546 Francis Avenue<br>Seaside, CA 93955 | Fee Simple | H | 499,000.00 | 598,816.92 |
| 540 Francis Avenue SFR<br><br>540 Francis Avenue<br>Seaside, CA 93955 | Fee Simple | H | 489,000.00 | 663,287.18 |
| Boronda Road Triplex<br><br>332 Boronda Road<br>Salinas, CA 93907 | Fee Simple | H | 175,000.00 | 558,485.33 |
| Coral Way Property<br><br>3245 Coral Way<br>Marina, CA 93933 | Fee Simple | H | 404,000.00 | 563,003.80 |
| | | Total | | |

(Report also on Summary of Schedules.)

In re   Camilo C. Calinawan & Elsida L. Calinawan                    Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 516 Santa Maria St. Fourplex<br><br>516, 516a, 518, 518a Santa Maria St.<br>Salinas, CA 93905 | Fee Simple | H | 259,000.00 | 538,441.33 |
| Jefferson Street Fourplex<br><br>728 Jefferson St.<br>Salinas, CA 93905 | Fee Simple | H | 304,000.00 | 370,919.01 |
| 1146 East Laurel Drive Fourplex<br><br>1146 E. Laurel Drive<br>Salinas, CA 93905 | Fee Simple | H | 354,000.00 | 614,084.96 |
| 1150 East Laurel Drive Fourplex<br><br>1150 East Laurel Drive<br>Salinas, CA 93905 | Fee Simple | H | 354,000.00 | 582,868.68 |
| North Filice Street 6-Plex<br><br>126-128 North Filice Street<br>Salinas, CA 93905 | Fee Simple | J | 405,500.00 | 506,460.95 |
| 202 E. Alisal Street Duplex<br><br>202 E. Alisal Street<br>Salinas, CA 93901 | Fee Simple | H | 219,000.00 | 296,926.69 |
| 542 Sunrise Street Fourplex<br><br>542 Sunrise Street | Fee Simple | H | 307,000.00 | 531,944.48 |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.1-796 - 31171-Y   *** Change 1

In re  <u>Camilo C. Calinawan & Elsida L. Calinawan</u>      Case No. _____
               **Debtor**                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 542 Sunrise Street<br>Salinas, CA 93905<br><br>East Bernal Drive Property<br><br>104 East Bernal Drive<br>Salinas, CA 93906<br>(Duplex)<br>Title vested as JT | Fee Simple | J | 259,000.00 | 575,134.95 |
| 644 Towt Street Fourplex<br><br>644 Towt Street<br>Salinas, CA 93905 | Fee Simple | W | 259,000.00 | 499,202.50 |
| 621 Roosevelt Street Fourplex<br><br>621 Roosevelt Street<br>Salinas, CA 93905 | Fee Simple | H | 359,000.00 | 627,490.74 |
| Gee Street Duplex<br><br>781 Gee Street<br>Salinas, CA 93905 | Fee Simple | J | 180,000.00 | 483,849.31 |
| 713 East Market Street Duplex<br><br>713 East Market Street<br>Salinas, CA 93905 | Fee Simple | W | 209,000.00 | 369,861.37 |
| 3092 Lake Drive Duplex<br><br>3092 Lake Drive<br>Marina, CA 93933 | Fee Simple | H | 449,000.00 | 315,849.64 |
| | | Total | | |

(Report also on Summary of Schedules.)

**In re** Camilo C. Calinawan & Elsida L. Calinawan     **Case No.** _____
             **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Lunsford Drive Duplex<br><br>18 Lunsford Drive<br>Salinas, CA 93906 | Fee Simple | H | 229,000.00 | 422,039.83 |
| Soledad Street 6-Plex<br><br>140 Soledad Street<br>Salinas, CA 93901 | Fee Simple | J | 405,500.00 | 524,471.56 |
| West Street Fourplex<br><br>74 West Street<br>Salinas, CA 93901 | Fee Simple | H | 359,000.00 | 608,642.78 |
| Primary Residence<br><br>21449 Riverview Court<br>Salinas, CA 93908<br>Value based on Zillow.com | Fee Simple | J | 621,000.00 | 1,273,903.44 |
| | | Total ➤ | 7,353,000.00 | |

(Report also on Summary of Schedules.)

In re ___Camilo C. Calinawan & Elsida L. Calinawan_____     Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash<br>Debtors' person | C | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Checking xx4177<br>Monterey Co. Bank Checking xx0520<br>Debtor's Residence | C<br>C | 59,080.46<br>48,000.00 |
| | | Ally Bank CD x4910 and Money Market x 7276<br>Debtor's residence | H | 11,724.91 |
| | | Monterey Co. Bank Acct xx0474<br>Salinas,CA | W | 6,494.61 |
| | | American Express Bank Personal Savings<br>Debtor's residence | W | 5,043.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Ally Bank CDs x 2396 and 2297 and Assoc Savings x8148 and 8750<br>Debtor's Residence | W | 35,101.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc Household goods<br>Debtors' residence | C | 500.00 |
| | | Furniture<br>Debtors' residence | C | 5,000.00 |

In re   Camilo C. Calinawan & Elsida L. Calinawan          Case No. _____
             **Debtor**                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Small Kitchen appliances<br>Debtors' residence | C | 300.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing<br>Debtors' residence | C | 300.00 |
| 7.  Furs and jewelry. | | Jewelry<br>Debtors' residence | C | 1,500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Knights of Columbus Whole life<br>Represents cash value | H | 4,896.28 |
| | | Knights of Columbus whole life<br>Represents cash value | W | 3,284.60 |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Monterey Co. Bank IRA Acct xx339<br>Debtor's Residence | H | 5,789.60 |
| | | IRA Community County Bank<br>Debtor's Residence | H | 5,789.00 |
| | | Monterey Co.Bank IRA xx0338<br>Monterey Co. Bank | W | 6,275.21 |

In re   Camilo C. Calinawan & Elsida L. Calinawan
_____     Case No. _____
                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Monterey Co. Bank IRA xx480<br>Monterey Co. Bank | W | 3,030.15 |
| | | Ally Bank IRA invested in CDs 7893 and 7901<br>Ally Bank | W | 9,500.00 |
| | | Ally Bank IRA<br>Ally Bank | W | 3,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Cali-Allen Partnership (former partner interest assigned to debtors)<br> Wells Fargo Checking #2676 $38,587.15<br>Equitable interest in 714 East St. Salinas ~30K equity after costs of sale; 319 California St, Salinas: no equity; 1409 San Lucas Seaside, CA: no equity; 1112 Pacific; no equity | C | 68,587.15 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Rents Receivable<br>Rents receivable from (Gee St. #A, $825; 1158 Laurel Dr. $875; 621 Roosevlet #3 $1050; 542A Sunrise $750;; Discounted 20% for collectibility<br>332 Buranda Rd. #1, $168; 319 Calif. #1, $750; 319 Calif. #2, $700; 140 SOledad #D, $700; 644A Dowd St, $2625; 644 | C | 8,000.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

In re  **Camilo C. Calinawan & Elsida L. Calinawan**          Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Jeep Cherokee (26K miles)<br>Debtors' residence<br>KBB tade invalue before costs of sale in good conditon | H | 11,725.00 |
| | | 2009 BMW 328i (27K miles)<br>Debtors' residence<br>Value based on KBB private party good condition | W | 17,924.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re   Camilo C. Calinawan & Elsida L. Calinawan
_____
          **Debtor**

Case No. _____
                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Water vehicle Invention for 1 person for snorkeling REpresents parts and materials to develop prototype | C | 1,000.00 |

                             0
_____   continuation sheets attached   Total   $   321,944.97

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (04/13)**

In re    Camilo C. Calinawan & Elsida L. Calinawan        Case No. _____

                  **Debtor**                                                 **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)               ☐   Check if debtor claims a homestead exemption that exceeds

☑   11 U.S.C. § 522(b)(3)                    $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Misc Household goods | C.C.P. 703.140(b)(3) | 500.00 | 500.00 |
| Monterey Co. Bank Checking xx0520 | C.C.P. 703.140(b)(5) | 0.00 | 48,000.00 |
| Monterey Co. Bank IRA Acct xx339 | C.C.P. 703.140(b)(10)(E) | 5,789.60 | 5,789.60 |
| Ally Bank CD x4910 and Money Market x 7276 | C.C.P. 703.140(b)(5) | 11,724.91 | 11,724.91 |
| Ally Bank CDs x 2396 and 2297 and Assoc Savings x8148 and 8750 | C.C.P. 703.140(b)(5) | 8,605.48 | 35,101.00 |
| IRA Community County Bank | C.C.P. 703.140(b)(10)(E) | 5,789.00 | 5,789.00 |
| Monterey Co.Bank IRA xx0338 | C.C.P. 703.140(b)(10)(E) | 6,275.21 | 6,275.21 |
| Monterey Co. Bank IRA xx480 | C.C.P. 703.140(b)(10)(E) | 3,030.15 | 3,030.15 |
| Ally Bank IRA invested in CDs 7893 and 7901 | C.C.P. 703.140(b)(10)(E) | 9,500.00 | 9,500.00 |
| Ally Bank IRA | C.C.P. 703.140(b)(10)(E) | 3,000.00 | 3,000.00 |
| Furniture | C.C.P. 703.140(b)(3) | 5,000.00 | 5,000.00 |
| Jewelry | C.C.P. 703.140(b)(4) | 1,500.00 | 1,500.00 |
| Clothing | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| 2007 Jeep Cherokee (26K miles) | C.C.P. 703.140(b)(2) | 5,100.00 | 11,725.00 |
| Small Kitchen appliances | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Knights of Columbus Whole life | C.C.P. 703.140(b)(8) | 4,896.28 | 4,896.28 |
| Knights of Columbus whole life | C.C.P. 703.140(b)(8) | 3,284.60 | 3,284.60 |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re   <u>Camilo C. Calinawan & Elsida L. Calinawan</u>        Case No.  <u>                             </u>

          **Debtor**                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Monterey Co. Bank Acct xx0474 | C.C.P. 703.140(b)(5) | 6,494.61 | 6,494.61 |
| Cash | C.C.P. 703.140(b)(5) | 100.00 | 100.00 |
| | Total exemptions claimed: | 81,189.84 | |

In re ___Camilo C. Calinawan & Elsida L. Calinawan_____,  Case No. _____
            **Debtor**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 140649409 <br><br> Bank Of America <br> Attention: Recovery Department <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | H | Lien: Deed of Trust <br> Security: 540 Frances Avenue Property <br><br> VALUE $ 489,000.00 | | | | 658,848.06 | 174,287.18 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 112928076 <br><br> Bank Of America <br> Attention: Recovery Department <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | H | Incurred: 10/26/2005 <br> Lien: Deed of Trust <br> Security: Jefferson Street Property <br><br> VALUE $ 304,000.00 | | | | 368,107.87 | 66,919.01 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 144387059 <br><br> Bank Of America <br> Attention: Recovery Department <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | H | Incurred: 4/21/2006 <br> Lien: Deed of Trust <br> Security: 1146 East Laurel Drive Property <br><br> VALUE $ 354,000.00 | | | | 609,858.76 | 260,084.96 This amount based upon existence of Superior Liens |

___9___ continuation sheets attached

Subtotal ▶     $1,636,814.69    $ 501,291.15
(Total of this page)

Total ▶     $      $
(Use only on last page)

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    Camilo C. Calinawan & Elsida L. Calinawan   ,       Case No. _____

                  **Debtor**                                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 154591751 <br><br> Bank Of America <br> Attention: Recovery Department <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | H | Incurred: 1/12/2007 <br> Lien: Deed of Trust <br> Security: E. Alisal Street Property <br><br> VALUE $       219,000.00 | | | | 276,587.63 | 59,926.69 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 143145489 <br><br> Bank Of America <br> Attention: Recovery Department <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | J | Incurred: 8/10/2006 <br> Lien: Deed of Trust <br> Security: East Bernal Drive Property <br><br> VALUE $       259,000.00 | | | | 573,026.03 | 316,134.95 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 139714436 <br><br> Bank Of America <br> Attention: Recovery Department <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | W | Incurred: 3/8/2002 <br> Lien: Deed of Trust <br> Security: Towt Street Property <br><br> VALUE $       259,000.00 | | | | 496,281.08 | 240,202.50 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 153855948 <br><br> Bank Of America <br> Attention: Recovery Department <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | H | Incurred: 12/12/2006 <br> Lien: Deed of Trust <br> Security: Lake Drive Property <br><br> VALUE $       449,000.00 | | | | 309,379.68 | 0.00 |
| ACCOUNT NO. <br><br> Bank Of America <br> Attention: Recovery Department <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | H | Incurred: 1-6-2006 <br> Lien: Deed of Trust <br> Security: Lunsford Drive Property <br><br> VALUE $       229,000.00 | | | | 420,102.85 | 193,039.83 This amount based upon existence of Superior Liens |

Sheet no. __1__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                 Subtotal (s)    $ 2,075,377.27     $

(Total(s) of this page)

                                    Total(s)    $        $

(Use only on last page)

                       (Report also on       (If applicable, report
                      Summary of Schedules)    also on Statistical
                                        Summary of Certain
                                        Liabilities and Related
                                        Data.)

In re __Camilo C. Calinawan & Elsida L. Calinawan__ ,      Case No. _____

                      **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 073256650 <br><br> Bank Of America <br> Attention: Recovery Department <br> 4161 Peidmont Pkwy. <br> Greensboro, NC 27410 | | H | Incurred: 3/17/2005 <br> Lien: Deed of Trust <br> Security: West Street Property <br><br> VALUE $      359,000.00 | | | | 604,918.34 | 249,642.78 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 002213022 <br><br> Bank of America <br> P.O. box 10423 <br> Van Nuys, CA 91410-0423 | | H | Incurred: Jan. 2007 <br> Lien: 2nd trust deed <br> Security: 202 E. Alisal Salinas, CA <br><br> VALUE $      219,000.00 | | | | 18,000.00 | 18,000.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. xx9128 <br><br> BMW Financial <br> P.O. Box 3608 <br> Dublin, OH 43016-0306 | | W | Incurred: 2008 <br> Lien: PMSI <br> Security: BMW 328i <br><br> VALUE $      17,924.00 | | | | 1,803.87 | 0.00 |
| ACCOUNT NO. 0703119263 <br><br> Chase <br> Attn: Bankruptcy Dept <br> P.O. Box 15298 <br> Wilmington, DE 19850 | | W | Incurred: 10/26/2005 <br> Lien: Deed of Trust <br> Security: 713 East Market Street Property <br><br> VALUE $      209,000.00 | | | | 368,209.99 | 160,861.37 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 3002395451 <br><br> Indymac Bank/Onewest bank <br> Attn: Bankruptcy <br> 2900 Esperanza Crossing <br> Austin, TX 78758 | | J | Lien: Deed of Trust <br> Security: 3245 Coral Way Property <br><br> VALUE $      404,000.00 | | | | 559,934.80 | 159,003.80 This amount based upon existence of Superior Liens |

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

                                        Subtotal (s)   $ 1,552,867.00     $
(Total(s) of this page)

                                         Total(s)   $         $
(Use only on last page)

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont**.

In re    Camilo C. Calinawan & Elsida L. Calinawan            ,          Case No. _____
                              **Debtor**                                                                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 004-093-018-000 Mary A. Zeeb Treasurer Tax Collector P.O. Box 891 Salinas, CA 93902-0891 | | W | Incurred: 1-1-2013 Lien: Property taxes Security: 715 E. Market, Salinas taxes due, a lien but not yet delinquent VALUE $ 254,000.00 | | | | 2,797.08 | 0.00 |
| ACCOUNT NO. 011-362-021 Mary A. Zeeb Treasurer Tax Collector P.O. Box 891 Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013 Lien: Property taxes Security: 540 Frances Seaside  CA taxes due, a lien but not yet delinquent VALUE $ 489,000.00 | | | | 4,439.12 | 0.00 |
| ACCOUNT NO. 261-08-023 Mary A. Zeeb Treasurer Tax Collector P.O. Box 891 Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013 Lien: Property taxes Security: 332 Boronda Rd. Salinas, CA taxes due, a lien but not yet delinquent VALUE $ 175,000.00 | | | | 3,111.94 | 0.00 |
| ACCOUNT NO. 011-362-021 Mary A. Zeeb Treasurer Tax Collector P.O. Box 891 Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013 Lien: Property taxes Security: 546 Francis Seaside, CA taxes due, a lien but not yet delinquent VALUE $ 499,000.00 | | | | 4,472.16 | 0.00 |
| ACCOUNT NO. 004-222-026 Mary A. Zeeb Treasurer Tax Collector P.O. Box 891 Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013 Lien: Property taxes Security: 1146 East Laurel taxes due, a lien but not yet delinquent VALUE $ 354,000.00 | | | | 4,226.20 | 0.00 |

Sheet no.  5  of  9  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)     $  19,046.50     $
(Total(s) of this page)

Total(s)     $                     $
(Use only on last page)

(Report also on          (If applicable, report
Summary of Schedules)    also on Statistical
                         Summary of Certain
                         Liabilities and Related
                         Data.)

Bankruptcy2013 ©1991-2013 New Hope Software, Inc., ver. 4.7.1-796 - 31171-YY-***** - 34

B6D (Official Form 6D) (12/07) – Cont.

In re <u>   Camilo C. Calinawan & Elsida L. Calinawan      </u>,        Case No. _____

**Debtor**                                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 004-222-027<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 1150 East Laurel<br>taxes due, a lien but not yet delinquent<br><br>VALUE $       354,000.00 | | | | 4,487.20 | 0.00 |
| ACCOUNT NO. 004-091-042<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | J | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 126-128 No. Filice Salinas, CA<br>taxes due, a lien but not yet delinquent<br><br>VALUE $       405,500.00 | | | | 5,411.44 | 0.00 |
| ACCOUNT NO. 003-811-013<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | J | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 104 East Bernal Salinas, CA<br>taxes due, a lien but not yet delinquent<br><br>VALUE $       259,000.00 | | | | 2,108.92 | 0.00 |
| ACCOUNT NO. 004-661-036-000<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 542 Sunrise St. Salinas, CA<br>taxes due, a lien but not yet delinquent<br><br>VALUE $       307,000.00 | | | | 3,181.06 | 0.00 |
| ACCOUNT NO. 033-151-005-000<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 3092 Lake Dr Marina, CA<br>taxes due, a lien but not yet delinquent<br><br>VALUE $       449,000.00 | | | | 6,469.96 | 0.00 |

Sheet no. __4__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)  $   21,658.58    $
(Total(s) of this page)
Total(s)  $        $
(Use only on last page)

(Report also on       (If applicable, report
Summary of Schedules)  also on Statistical
Summary of Certain
Liabilities and Related
Data.)

Bankruptcy2013 ©1991-2013 New Hope Software, Inc., ver. 4.7.1-796 - 30811-191Y-*****-Orange 3

In re      Camilo C. Calinawan & Elsida L. Calinawan      ,          Case No. _____
                      **Debtor**                                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 004-093-019 <br><br> Mary A. Zeeb <br> Treasurer Tax Collector <br> P.O. Box 891 <br> Salinas, CA 93902-0891 | | W | Incurred: 1-1-2013 <br> Lien: Property taxes <br> Security: 713 East Market <br> taxes due, a lien but not yet delinquent <br><br> VALUE $ 209,000.00 | | | | 1,651.38 | 0.00 |
| ACCOUNT NO. 003-831-013-000 <br><br> Mary A. Zeeb <br> Treasurer Tax Collector <br> P.O. Box 891 <br> Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013 <br> Lien: Property taxes <br> Security: 18 Lunsford, Salinas, CA <br> taxes due, a lien but not yet delinquent <br><br> VALUE $ 229,000.00 | | | | 1,936.98 | 0.00 |
| ACCOUNT NO. 004-033-025 <br><br> Mary A. Zeeb <br> Treasurer Tax Collector <br> P.O. Box 891 <br> Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013 <br> Lien: Property taxes <br> Security: 621 Roosevelt <br> taxes due, a lien but not yet delinquent <br><br> VALUE $ 359,000.00 | | | | 3,266.64 | 0.00 |
| ACCOUNT NO. 004-072-022 <br><br> Mary A. Zeeb <br> Treasurer Tax Collector <br> P.O. Box 891 <br> Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013 <br> Lien: Property taxes <br> Security: 728 Jefferson, Salinas <br> taxes due, a lien but not yet delinquent <br><br> VALUE $ 304,000.00 | | | | 2,811.14 | 0.00 |
| ACCOUNT NO. 002213022 <br><br> Mary A. Zeeb <br> Treasurer Tax Collector <br> P.O. Box 891 <br> Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013 <br> Lien: Property taxes <br> Security: 202 E. Alisal Salinas, CA <br> taxes due, a lien but not yet delinquent <br><br> VALUE $ 219,000.00 | | | | 2,339.06 | 0.00 |

Sheet no. 5 of 9 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)    $ 12,005.20    $
(Total(s) of this page)

Total(s)    $    $
(Use only on last page)

(Report also on      (If applicable, report
Summary of Schedules) also on Statistical
Summary of Certain
Liabilities and Related
Data.)

In re __Camilo C. Calinawan & Elsida L. Calinawan__ ,   Case No. _____

                   **Debtor**                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 002-142-013<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 74 West St. Salinas, CA<br>taxes due, a lien but not yet delinquent<br><br>VALUE $ 359,000.00 | | | | 3,724.44 | 0.00 |
| ACCOUNT NO. 004-442-010<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | W | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 644 Towt St. Salinas, CA<br>taxes due, a lien but not yet delinquent<br><br>VALUE $ 259,000.00 | | | | 2,921.42 | 0.00 |
| ACCOUNT NO. 004-332-007<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | J | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 781 Gee St. Salinas, CA<br>taxes due, a lien but not yet delinquent<br><br>VALUE $ 180,000.00 | | | | 1,934.70 | 0.00 |
| ACCOUNT NO. 002-193-007-000<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | J | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 140 Soledad Salinas, CA<br>taxes due, a lien but not yet delinquent<br><br>VALUE $ 405,500.00 | | | | 4,651.26 | 0.00 |
| ACCOUNT NO. 003-021-003<br><br>Mary A. Zeeb<br>Treasurer Tax Collector<br>P.O. Box 891<br>Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013<br>Lien: Property taxes<br>Security: 516-518 Santa Maria St. Salinas<br>taxes due, a lien but not yet delinquent<br><br>VALUE $ 259,000.00 | | | | 3,267.48 | 0.00 |

Sheet no. __6__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                           Subtotal (s) ▶    $ 16,499.30    $
                   (Total(s) of this page)

                               Total(s)    $      $
                  (Use only on last page)

(Report also on    (If applicable, report
Summary of Schedules)    also on Statistical
                                          Summary of Certain
                                          Liabilities and Related
                                          Data.)

In re     Camilo C. Calinawan & Elsida L. Calinawan     ,          Case No. _____

                         **Debtor**                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 139-291-003-00 <br><br> Mary A. Zeeb <br> Treasurer Tax Collector <br> P.O. Box 891 <br> Salinas, CA 93902-0891 | | J | Incurred: 1-1-2013 <br> Lien: Property tax1-1-2013 <br> Security: Primary Residence <br> taxes due, a lien but not yet delinquent <br><br> VALUE $ 621,000.00 | | | | 6,403.44 | 0.00 |
| ACCOUNT NO. 033-076-067-000 <br><br> Mary A. Zeeb <br> Treasurer Tax Collector <br> P.O. Box 891 <br> Salinas, CA 93902-0891 | | H | Incurred: 1-1-2013 <br> Lien: Property tax <br> Security: 3245 Coral Way Marinias, CA <br> taxes due, a lien but not yet delinquent <br><br> VALUE $ 404,000.00 | | | | 3,069.00 | 0.00 |
| ACCOUNT NO. <br><br> Nationstar Mortgage <br> Attn: Bankruptcy Dept. <br> 350 Highland Dr. <br> Lewisville, TX 75067 | | H | Incurred: 12/8/2006 <br> Lien: Deed of Trust <br> Security: Boronda Road Property <br> 153855972 BofA Acct No before <br> assignment <br><br> VALUE $ 175,000.00 | | | | 555,373.39 | 383,485.33 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 611080128 <br><br> Nationstar Mortgage <br> Attn: Bankruptcy Dept. <br> 350 Highland Dr. <br> Lewisville, TX 75067 | | W | Incurred: 8/3/2006 <br> Lien: Deed of Trust <br> Security: Santa Maria St. Property <br> Original Creditor: Bank of America <br><br> VALUE $ 259,000.00 | | | | 535,173.85 | 279,441.33 This amount based upon existence of Superior Liens |
| ACCOUNT NO. <br><br> Nationstar Mortgage <br> Attn: Bankruptcy Dept. <br> 350 Highland Dr. <br> Lewisville, TX 75067 | | H | Incurred: 4/22/2005 <br> Lien: Deed of Trust <br> Security: 1150 East Laurel Drive Property <br> Assignor BofA Acct No 144386795 <br><br> VALUE $ 354,000.00 | | | | 578,381.48 | 228,868.68 This amount based upon existence of Superior Liens |

Sheet no. 7 of 9 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

           Subtotal (s)    $ 1,678,401.16    $
(Total(s) of this page)

           Total(s)    $    $
(Use only on last page)

(Report also on    (If applicable, report
Summary of Schedules)   also on Statistical
Summary of Certain
Liabilities and Related
Data.)

In re    Camilo C. Calinawan & Elsida L. Calinawan    ,        Case No. _____

**Debtor**                                                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Nationstar Mortgage<br>Attn: Bankruptcy Dept.<br>350 Highland Dr.<br>Lewisville, TX 75067 | | H | Incurred: 9/29/2006<br>Lien: Deed of Trust<br>Security: Sunrise Street Property<br>Assignor BofA Acct No. 145206151<br><br>VALUE $          307,000.00 | | | | 528,763.42 | 224,944.48<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 0611080052<br><br>Nationstar Mortgage<br>Attn: Bankruptcy Dept.<br>350 Highland Dr.<br>Lewisville, TX 75067 | | J | Incurred: 8/1/2006<br>Lien: Deed of Trust<br>Security: Gee Street Property<br><br>VALUE $          180,000.00 | | | | 481,914.61 | 303,849.31<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 0359225753<br><br>Ocwen<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | | H | Incurred: 6/10/2005<br>Lien: Deed of Trust<br>Security: Roosevelt Street Property<br><br>VALUE $          359,000.00 | | | | 624,224.10 | 268,490.74<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 0070203609<br><br>Ocwen F.S.B.<br>Attn: Bankruptcy<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | | W | Incurred: 8/23/2002<br>Lien: Deed of Trust<br>Security: 715 East Market Property<br><br>VALUE $          254,000.00 | | | | 423,331.29 | 172,128.37<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 1011344395<br><br>One West Bank<br>301 E. Ocean Blvd. #1720<br>Long Beach, CA 90802 | | J | Incurred: 4-26-2004<br>Lien: 1st trust deed<br>Security: Primary Residence<br>Arrears $30,000<br><br>VALUE $          621,000.00 | | | | 1,267,500.00 | 646,500.00 |

Sheet no.  8  of  9  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)                           $ 3,325,733.42      $
(Total(s) of this page)

Total(s)                                  $                         $
(Use only on last page)

(Report also on                        (If applicable, report
Summary of Schedules)             also on Statistical
                                                   Summary of Certain
                                                   Liabilities and Related
                                                   Data.)

In re ___Camilo C. Calinawan & Elsida L. Calinawan_____,    Case No. _____

**Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0014545313<br><br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165 | | H | Incurred: 2/1/2007<br>Lien: Deed of Trust<br>Security: 546 Francis Avenue Property<br><br>VALUE $          499,000.00 | | | | 594,344.76 | 99,816.92 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 1103201882<br><br>Union Bank<br>P.O. Box 30115<br>Los Angeles, CA 90030 | | J | Incurred: March 28, 2007<br>Lien: Deed of Trust<br>Security: Soledad Street Property<br><br>VALUE $          405,500.00 | | | | 519,820.30 | 118,971.56 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 1103201882<br><br>Union Bank N.A.<br>P.O. Box 30115<br>Los Angeles, CA 90030 | | J | Incurred: 3/13/2007<br>Lien: Deed of Trust<br>Security: North Filice Street Property<br><br>VALUE $          405,500.00 | | | | 501,049.51 | 100,960.95 This amount based upon existence of Superior Liens |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _9_ of _9_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s) ►<br>(Total(s) of this page) | $ 1,615,214.57 | $ 319,749.43 |
|---|---|---|---|
|  | Total(s) ►<br>(Use only on last page) | $11,953,617.69 | $4,725,560.74 |
|  |  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**B6E (Official Form 6E) (04/13)**

In re  Camilo C. Calinawan & Elsida L. Calinawan _____,     Case No._____
                               Debtor                                                       (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of  priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)


☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).


☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**B6E (Official Form 6E) (04/13) - Cont.**

In re____Camilo C. Calinawan & Elsida L. Calinawan____,  Case No._____
         Debtor                                                              (if known)

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑  **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_17_ **continuation sheets attached**

In re Camilo C. Calinawan & Elsida L. Calinawan_____,        Case No. _____
　　　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)　　**Sec. 507(a)(7)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Adrian Santos/Octaviana Martinez <br> 1150 East Laurel Drive <br> Salinas, CA 93905 | | H | Incurred: 11/1/2012 <br> Consideration: <br> Security deposit | | | | 1,500.00 | 1,500.00 | 0.00 |
| ACCOUNT NO. <br><br> Andres Carcano <br> 18-B Lunsford Drive <br> Salinas, CA 93906 | | H | Incurred: 2/15/2012 <br> Consideration: <br> Security deposit | | | | 825.00 | 825.00 | 0.00 |
| ACCOUNT NO. <br><br> Angel Guzman <br> 104-B East Bernal Drive <br> Salinas, CA 93906 | | J | Incurred: 3/6/2012 <br> Consideration: <br> Security deposit | | | | 1,150.00 | 1,150.00 | 0.00 |
| ACCOUNT NO. <br><br> Antonio/Octaviana Martinez <br> 728-C Jefferson Street <br> Salinas, CA 93905 | | H | Incurred: 12/1/2007 <br> Consideration: <br> Security deposit | | | | 975.00 | 975.00 | 0.00 |

Sheet no. _1_ of _17_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

**Subtotal** (Totals of this page) ▶ $ 4,450.00 | $ 4,450.00 | $ 0.00

**Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules ▶ $

**Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ▶ $ | $ | $

Bankruptcy2013 ©1991-2013 New Hope Software, Inc., ver. 4.7.1-796 - 31164-YYYYY-XXXXX - Orange St

In re Camilo C. Calinawan & Elsida L. Calinawan _____,
     **Debtor**

Case No. _____
     **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)  Sec. 507(a)(7)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bertha/Ramon Lopez<br>3092-A Lake Drive<br>Marina, CA 93933 | | H | Consideration:<br>Security deposit | | | | 1,730.00 | 1,730.00 | 0.00 |
| ACCOUNT NO.<br><br>Blanca Solis<br>621 Roosevelt Street #4<br>Salinas, CA 93905 | | H | Incurred: 5/1/2013<br>Consideration:<br>Security deposit | | | | 1,000.00 | 1,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Bulmaro/Araceli Alvarado<br>715-A East Market Street<br>Salinas, CA 93905 | | W | Incurred: 7/8/2012<br>Consideration:<br>Security deposit | | | | 1,375.00 | 1,375.00 | 0.00 |
| ACCOUNT NO.<br><br>Carlos Armando Amaya<br>715-B Meyers Ct.<br>Salinas, CA 93905 | | W | Incurred: 1/1/2012<br>Consideration:<br>Security deposit | | | | 950.00 | 950.00 | 0.00 |

Sheet no. __2__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ►
(Totals of this page)  $ 5,055.00  $ 5,055.00  $ 0.00

Total ►
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)  $

Totals ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $  $

B6E (Official Form 6E) (04/13) - Cont.

In re <u>Camilo C. Calinawan & Elsida L. Calinawan</u>,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)          **Sec. 507(a)(7)**

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Daniel Rangel <br> 140-B Soledad Street <br> Salinas, CA 93901 | | J | Incurred: 1/1/2012 <br> Consideration: <br> Security deposit | | | | 750.00 | 750.00 | 0.00 |
| ACCOUNT NO. <br><br> Delia Cortez Mendez <br> 9 Short St. <br> Salinas, CA 93905 | | J | Incurred: 7/1/2012 <br> Consideration: <br> Security deposit | | | | 760.00 | 760.00 | 0.00 |
| ACCOUNT NO. <br><br> Diana Meneses/Ramon Solis <br> 202 East Alisal Street <br> Salinas, CA 93901 | | H | Consideration: <br> Security deposit | | | | 1,550.00 | 1,550.00 | 0.00 |
| ACCOUNT NO. <br><br> Diana Soto <br> 140-D Soledad Street <br> Salinas, CA 93901 | | J | Incurred: 12/11/2012 <br> Consideration: <br> Security deposit | | | | 700.00 | 700.00 | 0.00 |

Sheet no. __3__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 3,760.00 | $ 3,760.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

**B6E (Official Form 6E) (04/13) - Cont**.

In re Camilo C. Calinawan & Elsida L. Calinawan_____,          Case No. _____
           **Debtor**                                                               **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)   **Sec. 507(a)(7)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Eduardo Cisneros<br>781-A Gee Street<br>Salinas, CA 93905 | | J | Consideration:<br>Security deposit | | | | 825.00 | 825.00 | 0.00 |
| ACCOUNT NO.<br><br>Elmer/Arcilia Reyes<br>140-A Soledad Street<br>Salinas, CA 93901 | | J | Incurred: 8/28/2012<br>Consideration:<br>Security deposit | | | | 750.00 | 750.00 | 0.00 |
| ACCOUNT NO.<br><br>Enrique Mendez<br>781-B Gee Street<br>Salinas, CA 93905 | | H | Incurred: 1/1/2012<br>Consideration:<br>Security deposit | | | | 975.00 | 975.00 | 0.00 |
| ACCOUNT NO.<br><br>Ernesto Diaz Guzman<br>542-F Sunrise Street<br>Salinas, CA 93905 | | H | Incurred: 1/5/2013<br>Consideration:<br>Security deposit | | | | 750.00 | 750.00 | 0.00 |

Sheet no. __4__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| **Subtotal**<br>(Totals of this page) | $ 3,300.00 | $ 3,300.00 | $ 0.00 |
| **Total**<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| **Totals**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (04/13) - Cont.

In re Camilo C. Calinawan & Elsida L. Calinawan ____,          Case No. _____
                              Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Evelia Gonzales 728-A Jefferson Street Salinas, CA 93905 | | H | Incurred: 10/14/2012 Consideration: Security deposit | | | | 975.00 | 975.00 | 0.00 |
| ACCOUNT NO. Faustino Pablo 544 Sunrise Street Salinas, CA 93905 | | H | Incurred: 1/1/2012 Consideration: Security deposit | | | | 700.00 | 700.00 | 0.00 |
| ACCOUNT NO. Fernando Infante 1146 E. Laurel Drive Salinas, CA 93905 | | H | Incurred: 11/16/2009 Consideration: Security deposit | | | | 1,220.00 | 1,220.00 | 0.00 |
| ACCOUNT NO. Francisco Gutierrez 516-A Santa Maria St. Salinas, CA 93905 | | W | Incurred: 4/19/2010 Consideration: Security deposit | | | | 750.00 | 750.00 | 0.00 |

Sheet no. _5_ of _17_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  ►  $ 3,645.00  |  $ 3,645.00  |  $ 0.00

Total  ►  $
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)

Totals  ►  $  |  $  |  $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013 New Hope Software, Inc., ver. 4.7.1-796 - 30061-Orange 3bk

B6E (Official Form 6E) (04/13) - Cont.

In re <u>Camilo C. Calinawan & Elsida L. Calinawan</u>,
          **Debtor**

Case No. _____
           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Gerardo Avalos<br>644-D Towt St.<br>Salinas, CA 93905 | | W | Incurred: 2/1/2012<br>Consideration:<br>Security deposit | | | | 720.00 | 720.00 | 0.00 |
| ACCOUNT NO.<br><br>Gildardo Munoz/Eloisa Ordaz<br>621 Roosevelt Street #2<br>Salinas, CA 93905 | | H | Incurred: 4/17/2009<br>Consideration:<br>Security deposit | | | | 1,000.00 | 1,000.00 | 0.00 |
| ACCOUNT NO.<br><br>Jaime Santos<br>728-B Jefferson Street<br>Salinas, CA 93905 | | H | Incurred: 4/1/2010<br>Consideration:<br>Security deposit | | | | 975.00 | 975.00 | 0.00 |
| ACCOUNT NO.<br><br>Jorge Castellanos<br>1146-B E. Laurel Drive<br>Salinas, CA 93905 | | H | Consideration:<br>Security deposit | | | | 1,220.00 | 1,220.00 | 0.00 |

Sheet no. <u>6</u> of <u>17</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page)    $ 3,915.00    $ 3,915.00    $ 0.00

Total
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)    $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $    $    $

Bankruptcy2013 ©1991-2013 New Hope Software, Inc., ver. 4.7.1-796 - 31017-341Y-*****Orange 31017

In re Camilo C. Calinawan & Elsida L. Calinawan_____,     Case No. _____
       **Debtor**                   **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)  **Sec. 507(a)(7)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jorge Navarro<br>332 Boronda Road #2<br>Salinas, CA 93907 | | H | Incurred: 2/27/2012<br>Consideration:<br>Security deposit | | | | 800.00 | 800.00 | 0.00 |
| ACCOUNT NO.<br><br>Jose Antonio Solis-Santos<br>1150-B East Laurel Drive<br>Salinas, CA 93905 | | | Incurred: 4/9/2011<br>Consideration:<br>Security deposit | | | | 1,220.00 | 1,220.00 | 0.00 |
| ACCOUNT NO.<br><br>Jose Chavarria<br>126 North Filice Street<br>Salinas, CA 93905 | | J | Incurred: 3/5/2009<br>Consideration:<br>Security deposit | | | | 750.00 | 750.00 | 0.00 |
| ACCOUNT NO.<br><br>Jose Luis Mendez<br>728-D Jefferson Street<br>Salinas, CA 93905 | | H | Incurred: 12/24/2009<br>Consideration:<br>Security deposit | | | | 975.00 | 975.00 | 0.00 |

Sheet no. _7_ of _17_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 3,745.00 | $ 3,745.00    $ 0.00 |
| Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules | $ | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $    $ |

In re Camilo C. Calinawan & Elsida L. Calinawan _____ ,  Case No. _____

_____ Debtor  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)  Sec. 507(a)(7)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jose Montiel<br>518-A Santa Maria St.<br>Salinas, CA 93905 | | W | Consideration:<br>Security deposit | | | | 750.00 | 750.00 | 0.00 |
| ACCOUNT NO.<br><br>Josefina/Jose Nunez<br>104-A East Bernal Drive<br>Salinas, CA 93906 | | J | Incurred: 4/8/2010<br>Consideration:<br>Security deposit | | | | 1,375.00 | 1,375.00 | 0.00 |
| ACCOUNT NO.<br><br>Julio Chavarria<br>13 Short Street<br>Salinas, CA 93905 | | J | Incurred: 1/1/2013<br>Consideration:<br>Security deposit | | | | 750.00 | 750.00 | 0.00 |
| ACCOUNT NO.<br><br>Kayla Gaytan<br>76 West Street<br>Salinas, CA 93901 | | H | Incurred: 8/29/2008<br>Consideration:<br>Security deposit | | | | 980.00 | 980.00 | 0.00 |

Sheet no. 8 of 17 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page)  $ 3,855.00  $ 3,855.00  $ 0.00

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules  $

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $  $

In re Camilo C. Calinawan & Elsida L. Calinawan_____,        Case No. _____

_____        _____
              **Debtor**                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)        Sec. 507(a)(7)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Laura Barragan <br> 18-A Lunsford Drive <br> Salinas, CA 93906 | | H | Incurred: 7/1/2012 <br> Consideration: <br> Security deposit | | | | 850.00 | 850.00 | 0.00 |
| ACCOUNT NO. <br><br> Leonardo Zavala/Marcela Robles <br> 542-A Sunrise Street <br> Salinas, CA 93905 | | H | Incurred: 5/16/2012 <br> Consideration: <br> Security deposit | | | | 750.00 | 750.00 | 0.00 |
| ACCOUNT NO. <br><br> Leticia Nunez <br> 516 Santa Maria St. <br> Salinas, CA 93905 | | W | Incurred: 2/1/2013 <br> Consideration: <br> Security deposit | | | | 750.00 | 750.00 | 0.00 |
| ACCOUNT NO. <br><br> Leticia Palitos <br> 74 West Street <br> Salinas, CA 93901 | | H | Incurred: 1/10/2013 <br> Consideration: <br> Security deposit | | | | 980.00 | 980.00 | 0.00 |

Sheet no. _9_ of _17_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal** (Totals of this page) | $ 3,330.00 | $ 3,330.00 | $ 0.00 |
| **Total** (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| **Totals** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re  Camilo C. Calinawan & Elsida L. Calinawan  ,  Case No. _____

_____Debtor_____  _____(If known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)  Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Linda Harris <br> 140-C Soledad Street <br> Salinas, CA 93901 | | J | Incurred: 5/9/2012 <br> Consideration: <br> Security deposit | | | | 950.00 | 950.00 | 0.00 |
| ACCOUNT NO. <br><br> Lisa Gomez <br> 644-C Towt St. <br> Salinas, CA 93905 | | W | Incurred: 7/24/2009 <br> Consideration: <br> Security deposit | | | | 785.00 | 785.00 | 0.00 |
| ACCOUNT NO. <br><br> Lorena Mendoza <br> 140 Soledad St. Front <br> Salinas, CA 93901 | | J | Incurred: 5/25/2012 <br> Consideration: <br> Security deposit | | | | 750.00 | 750.00 | 0.00 |
| ACCOUNT NO. <br><br> Lourdes Mendoza/ Rafael Solorid Lemus <br> 644-B Towt St. <br> Salinas, CA 93905 | | W | Incurred: 2/1/2012 <br> Consideration: <br> Security deposit | | | | 725.00 | 725.00 | 0.00 |

Sheet no. __10__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal
(Totals of this page)  $ 3,210.00  $ 3,210.00  $ 0.00

Total
(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules)  $

Totals
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $  $  $

In re  Camilo C. Calinawan & Elsida L. Calinawan  ,        Case No. _____

                  **Debtor**                                                                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)      Sec. 507(a)(7)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Lucio Vargas <br> 713-A East Market Street <br> Salinas, CA 93905 | | W | Incurred: 3/1/2010 <br> Consideration: <br> Security deposit | | | | 1,020.00 | 1,020.00 | 0.00 |
| ACCOUNT NO. <br><br> Marcelino Almanza <br> 621 Roosevelt Street #3 <br> Salinas, CA 93905 | | H | Incurred: 7/28/2012 <br> Consideration: <br> Security deposit | | | | 1,050.00 | 1,050.00 | 0.00 |
| ACCOUNT NO. <br><br> Maria De Jesus/Jose Victor Rivas <br> 715-C Meyers Ct. <br> Salinas, CA 93905 | | W | Incurred: 1/27/2012 <br> Consideration: <br> Security deposit | | | | 950.00 | 950.00 | 0.00 |
| ACCOUNT NO. <br><br> Maria Escobar <br> 713-B East Market Street <br> Salinas, CA 93905 | | W | Incurred: 6/24/2013 <br> Consideration: <br> Security deposit | | | | 1,050.00 | 1,050.00 | 0.00 |

Sheet no. __11__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 4,070.00 | $ 4,070.00 | $ 0.00 |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re Camilo C. Calinawan & Elsida L. Calinawan_____,    Case No. _____

_____Debtor_____         _____(If known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(7)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Maria Luisa Flor <br> 518 Santa Maria St. <br> Salinas, CA 93905 | | W | Incurred: 10/1/2009 <br> Consideration: <br> Security deposit | | | | 760.00 | 760.00 | 0.00 |
| ACCOUNT NO. <br><br> Maria Mendoza <br> 332 Boronda Road #1 <br> Salinas, CA 93907 | | H | Incurred: 5/22/2012 <br> Consideration: <br> Security deposit | | | | 980.00 | 980.00 | 0.00 |
| ACCOUNT NO. <br><br> Maribel Reyes <br> #7 Short St. <br> Salinas, CA 93905 | | J | Incurred: 10/18/2012 <br> Consideration: <br> Security deposit | | | | 770.00 | 770.00 | 0.00 |
| ACCOUNT NO. <br><br> Norma Rodriguez/Diana Oropeza <br> 304 Archer St. <br> Salinas, CA 93901 | | H | Incurred: 10/22/2013 <br> Consideration: <br> Security deposit | | | | 1,020.00 | 1,020.00 | 0.00 |

Sheet no. __12__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶
(Totals of this page) $ 3,530.00 | $ 3,530.00 | $ 0.00

Total ▶
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ | $ | $

In re Camilo C. Calinawan & Elsida L. Calinawan _____,     Case No. _____
                                    **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     **Sec. 507(a)(7)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Patricia Elizalda<br>1146-A E. Laurel Drive<br>Salinas, CA 93905 | | H | Incurred: 1/25/2010<br>Consideration:<br>Security deposit | | | | 1,220.00 | 1,220.00 | 0.00 |
| ACCOUNT NO.<br><br>Paul/Penny Calinawan<br>3245 Coral Way<br>Marina, CA 93933 | | J | Incurred: 7/1/2013<br>Consideration:<br>Security deposit | | | | 1,500.00 | 1,500.00 | 0.00 |
| ACCOUNT NO.<br><br>Ramon Lopez Leon<br>3092-B Lake Drive<br>Marina, CA 93933 | | H | Incurred: 10/20/2008<br>Consideration: Security deposit<br>Notice of change of term on 6/21/2013 | | | | 1,750.00 | 1,750.00 | 0.00 |
| ACCOUNT NO.<br><br>Rebecca Alvarez<br>204 East Alisal Street<br>Salinas, CA 93901 | | H | Incurred: 1/28/2012<br>Consideration:<br>Security deposit | | | | 1,275.00 | 1,275.00 | 0.00 |

Sheet no. __13__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal**<br>(Totals of this page) | $ 5,745.00 | $ 5,745.00 | $ 0.00 |
| **Total**<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules | $ | | |
| **Totals**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

In re __Camilo C. Calinawan & Elsida L. Calinawan__ ,                 Case No. _____
                  **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   **Sec. 507(a)(7)**

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rene/Kayla Martinez <br> 140-E Soledad Street <br> Salinas, CA 93901 | | J | Incurred: 2/10/2013 <br> Consideration: <br> Security deposit | | | | 805.00 | 805.00 | 0.00 |
| ACCOUNT NO. <br><br> Ricardo Villegas Perez <br> 128 North Filice Street <br> Salinas, CA 93905 | | J | Incurred: 10/1/2012 <br> Consideration: <br> Security deposit | | | | 750.00 | 750.00 | 0.00 |
| ACCOUNT NO. <br><br> Roberta Mabalot <br> 1146-C E. Laurel Drive <br> Salinas, CA 93905 | | H | Incurred: 12/1/2011 <br> Consideration: <br> Security deposit | | | | 950.00 | 950.00 | 0.00 |
| ACCOUNT NO. <br><br> Rolando Lopez Abecerra <br> 11 Short Street <br> Salinas, CA 93905 | | J | Incurred: 1/1/2013 <br> Consideration: <br> Security deposit | | | | 765.00 | 765.00 | 0.00 |

Sheet no. __14__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ➤    $ 3,270.00    $ 3,270.00    $ 0.00

Total ➤    $
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)

Totals ➤    $    $    $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re Camilo C. Calinawan & Elsida L. Calinawan____,                    Case No. _____
                          Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)       Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Rosie Segura 308 Archer St. Salinas, CA 93901 | | H | Incurred: 1/1/2013 Consideration: Security deposit | | | | 980.00 | 980.00 | 0.00 |
| ACCOUNT NO.  Rosina Gonzales 644-A Towt St. Salinas, CA 93905 | | W | Incurred: 6/24/2011 Consideration: Security deposit | | | | 875.00 | 875.00 | 0.00 |
| ACCOUNT NO.  Sandra Hernandez 332 Boronda Road #3 Salinas, CA 93907 | | H | Incurred: 5/12/2013 Consideration: Security deposit | | | | 1,150.00 | 1,150.00 | 0.00 |
| ACCOUNT NO.  Scott Alberti 540 Francis Avenue Seaside, CA 93955 | | H | Incurred: 10/11/2011 Consideration: Security deposit | | | | 2,150.00 | 2,150.00 | 0.00 |

Sheet no. __15__ of __17__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotal
(Totals of this page)     $ 5,155.00   $ 5,155.00   $ 0.00

Total
(Use only on last page of the completed
Schedule E.)  Report also on the Summary
of Schedules)     $

Totals
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)     $     $     $

In re Camilo C. Calinawan & Elsida L. Calinawan                    ,     Case No. _____
_____
Debtor                                                   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(7)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Susana Elizalde<br>1150-C East Laurel Drive<br>Salinas, CA 93905 | | H | Incurred: 5/1/2011<br>Consideration:<br>Security Deposit | | | | 1,220.00 | 1,220.00 | 0.00 |
| ACCOUNT NO.<br><br>Susana Tavarez<br>621 Roosevelt Street #1<br>Salinas, CA 93905 | | H | Incurred: 5/1/2012<br>Consideration:<br>Security deposit | | | | 1,045.00 | 1,045.00 | 0.00 |
| ACCOUNT NO.<br><br>Topou Manoa & Manase Manoa<br>546 Francis Avenue<br>Seaside, CA 93955 | | H | Incurred: 11/1/2012<br>Consideration:<br>Security deposit<br>Term: 12 months | | | | 2,150.00 | 2,150.00 | 0.00 |
| ACCOUNT NO.<br><br>Virginia Ramirez<br>542-B Sunrise Street<br>Salinas, CA 93905 | | H | Incurred: 6/8/2012<br>Consideration:<br>Security deposit | | | | 720.00 | 720.00 | 0.00 |

Sheet no. __16__ of __17__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 5,135.00 | $ 5,135.00 | $ 0.00 |
| Total<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

B6E (Official Form 6E) (04/13) - Cont.

In re Camilo C. Calinawan & Elsida L. Calinawan ,        Case No. _____
                        Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)        Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx-xx-2713<br><br>Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267-0011 | | J | Incurred: 2009-2012<br>Consideration:<br>Personal Income Tax | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. xxx-xx-2713<br><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | J | Incurred: 2009-2012<br>Consideration:<br>Personal Income Tax | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.<br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | | | |

Sheet no. _17_ of _17_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $           0.00 | $       0.00 | $       0.00 |
| Total ➤<br>(Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $      65,170.00 | | |
| Totals ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $    65,170.00 | $       0.00 |

B6F (Official Form 6F) (12/07)

In re __Camilo C. Calinawan & Elsida L. Calinawan__  Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xx3-51002 <br><br> American Express <br> Box 0001 <br> Los Angeles, CA 90096-8000 | X | C | Incurred: 2013 <br> Consideration: Credit Card Debt (Unsecured) <br> Debtors believe no balance owed | | | | Notice Only |
| ACCOUNT NO. xx6380 <br><br> Chase <br> Cardmember Services <br> P.O. Box 94014 <br> Palatine, IL 60094-4014 | | W | Incurred: 2013 <br> Consideration: Credit Card Debt (Unsecured) | | | | 3,273.00 |
| ACCOUNT NO. xxx 7202 <br><br> Chase <br> Cardmember Services <br> P.O. Box 94014 <br> Palatine, IL 60094-4014 | | W | Incurred: 2013 <br> Consideration: Credit Card Debt (Unsecured) <br> AARP Card | | | | 312.50 |
| ACCOUNT NO. <br><br> Paul & Penny Callinawan <br> 3245 Coral Way <br> Marina, CA 93933 | | C | Incurred: Oct 24, 2005 <br> Consideration: Personal note per assignment of PS int | | | | 195,751.00 |

  1   _____continuation sheets attached

Subtotal ▶ | $ | 199,336.50

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-796 - 30251

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Camilo C. Calinawan & Elsida L. Calinawan_____,     Case No. _____
        **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rich Allen<br>Tess Allen<br>925 Rancho Hills<br>Gilroy, CA 95020 | C | | Incurred: Oct. 24, 2005<br>Consideration: buyout note pursuant to assignment of PS int | | | | 468,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $    468,000.00

Total ▶   $    667,336.50

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2013 ©1991-2013 New Hope Software, Inc., ver. 4.7.1-796 - 31322-15Y-*** - Orange 31

In re ___Camilo C. Calinawan & Elsida L. Calinawan_____  Case No. _____

          **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Angel Guzman<br>104-B East Bernal Drive<br>Salinas, CA 93906 | Property: 3 bedroom duplex at 104-B East Bernal Rd., Salinas, CA 93906<br>Rent: $1125/m<br>Deposit: $1150;<br>Entered date: 3/6/2012 |
| Josefina/Jose Nunez<br>104-A East Bernal Drive<br>Salinas, CA 93906 | Property: 3 bedroom 1 bath house at 104-A East Bernal Rd., Salinas, CA 93906<br>Rent: $1350/m<br>Deposit: $1375<br>Entered date: 4/8/2010 |
| Paul and Penny Calinawan<br>3245 Coral Way<br>Marina, CA 93933 | Property: 3 bedroom SFR at 3245 Coral Way, Marina, CA 93933<br>Rent: $1500/m<br>Deposit: $1500<br>Entered date: 7/1/2013 |
| Scott Alberti<br>540 Francis Avenue<br>Seaside, CA 93955 | Property: 3 bedroom 2-1/2 bath house at 540 Francis Ave., Seaside, CA 93955<br>Rent: $2150/m<br>Deposit: $2150<br>Entered date: 10/11/2011 |
| Enrique Mendez<br>781-B Gee Street<br>Salinas, CA 93905 | Property: 3 bedroom duplex at 781-B Gee St., Salinas, CA 93905<br>Rent: $950/m<br>Deposit: $975<br>Entered date: 1/1/2012 |
| Evelia Gonzales<br>728-A Jefferson Street<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 728-A Jefferson St., Salinas, CA 93905<br>Rent: $950/m<br>Deposit: $975<br>Entered date: 10/14/2012 |
| Jaime Santos<br>728-B Jefferson Street<br>Salinas, CA 93905 | Property: 1 bedroom house at 728-B Jefferson St., Salinas, CA 93905<br>Rent: $960/m<br>Deposit: $975<br>Entered date: 4/1/2010 |

In re Camilo C. Calinawan & Elsida L. Calinawan    Case No. _____
                **Debtor**                                                 **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Antonio/Octaviana Martinez<br>728-C Jefferson Street<br>Salinas, CA 93905 | Property: 2 bedroom 1 bath apartment at 728-C Jefferson St., Salinas, CA 93905<br>Rent: $900/m<br>Deposit: $975<br>Entered date: 12/1/2007 |
| Jose Luis Mendez<br>728-D Jefferson Street<br>Salinas, CA 93905 | Property: 2 bedroom 1 bath duplex at 728-D Jefferson St., Salinas, CA 93905<br>Rent: $950/m<br>Deposit: $975<br>Entered date: 12/28/2009 |
| Fernando Infante<br>1146 E. Laurel Drive<br>Salinas, CA 93905 | Property: 2 bedroom 1 bath duplex at 1146 East Laurel Dr., Salinas, CA 93905<br>Rent: $1200/m<br>Deposit: $1220<br>Entered date: 11/16/2009 |
| Patricia Elizalda<br>1146-A E. Laurel Drive<br>Salinas, CA 93905 | Property: 2 bedroom 1 bath duplex at 1146-A East Laurel Dr., Salinas, CA 93905<br>Rent: $1200/m<br>Deposit: $1200<br>Entered date: 1/25/2010 |
| Roberta Mabalot<br>1146-C E. Laurel Drive<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 1146-C East Laurel Dr., Salinas, CA 93905<br>Rent: $950/m<br>Deposit: $950<br>Entered date: 12/1/2011 |
| Adrian Santos/Octaviana Martinez<br>1150 East Laurel Drive<br>Salinas, CA 93905 | Property: 3 bedroom duplex at 1150 East Laurel Dr., Salinas, CA 93905<br>Rent: $1500/m<br>Deposit: $1500<br>Entered date: 11/1/2012 |
| Jose Antonio Solis-Santos<br>1150-B East Laurel Drive<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 1150-B East Laurel Dr., Salinas, CA 93905<br>Rent: $1220/m<br>Deposit: $1220<br>Entered date: 4/9/2011 |
| Susana Elizalde<br>1150-C East Laurel Drive<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 1150-C East Laurel Dr., Salinas, CA 93905<br>Rent: $1220/m<br>Deposit: $1220<br>Entered date: 5/1/2011 |

In re <u>Camilo C. Calinawan & Elsida L. Calinawan</u>                    Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Andres Carcano<br>18-B Lunsford Drive<br>Salinas, CA 93906 | Property: 2 bedroom duplex at 18-B Lunsford Dr., Salinas, CA 93906<br>Rent: $800/m<br>Deposit: $825<br>Entered date: 2/15/2012 |
| Laura Barragan<br>18-A Lunsford Drive<br>Salinas, CA 93906 | Property: 1 bedroom at 18-A Lunsford Dr., Salinas, CA 93906<br>Rent: $800/m<br>Deposit: $850<br>Entered date: 7/1/2012<br>Entered date: 2/15/2012 |
| Susana Tavarez<br>621 Roosevelt Street #1<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 621 Roosevelt St. #1, Salinas, CA 93905<br>Rent: $1045/m<br>Deposit: $1045<br>Entered date: 5/1/2012 |
| Gildardo Munoz/Eloisa Ordaz<br>621 Roosevelt Street #2<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 621 Roosevelt St. #2, Salinas, CA 93905<br>Rent: $975/m<br>Deposit: $1000<br>Entered date: 4/17/2009 |
| Marcelino Almanza<br>621 Roosevelt Street #3<br>Salinas, CA 93905 | Property: 2 bedroom 1 bath duplex at 621 Roosevelt St. #3, Salinas, CA 93905<br>Rent: $1000/m<br>Deposit: $1050<br>Entered date: 7/28/2012 |
| Blanca Solis<br>621 Roosevelt Street #4<br>Salinas, CA 93905 | Property: 2 bedroom 1 bath duplex at 621 Roosevelt St. #4, Salinas, CA 93905<br>Rent: $1000/m<br>Deposit: $1000<br>Entered date: 5/1/2013 |
| Ernesto Diaz Guzman<br>542-F Sunrise Street<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 542-F Sunrise St., Salinas, CA 93905<br>Rent: $750/m<br>Deposit: $750<br>Entered date: 1/5/2013 |
| Leonardo Zavala/Marcela Robles<br>542-A Sunrise Street<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 542-A Sunrise St., Salinas, CA 93905<br>Rent: $750/m<br>Deposit: $750<br>Entered date: 5/16/2012 |

In re <u>Camilo C. Calinawan & Elsida L. Calinawan</u>    Case No. _____
             **Debtor**                                  **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Virginia Ramirez<br>542-B Sunrise Street<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 542-B Sunrise St., Salinas, CA 93905<br>Rent: $700/m<br>Deposit: $720<br>Entered date: 6/8/2012 |
| Faustino Pablo<br>544 Sunrise Street<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 544 Sunrise St., Salinas, CA 93905<br>Rent: $700/m<br>Deposit: $700<br>Entered date: 1/1/2012 |
| Rosie Segura<br>308 Archer St.<br>Salinas, CA 93901 | Property: 2 bedroom duplex 308 Archer St., Salinas, CA 93901<br>Rent: $950/m<br>Deposit: $980<br>Entered date: 1/1/2013 |
| Norma Rodriguez/Diana Oropeza<br>304 Archer St.<br>Salinas, CA 93901 | Property: 2 bedroom duplex at 304 Archer St., Salinas, CA 93901<br>Rent: $1020/m<br>Deposit: $1020<br>Entered date: 10/22/2013 |
| Leticia Palitos<br>74 West Street<br>Salinas, CA 93901 | Property: 2 bedroom 1 bath duplex at 74 West St., Salinas, CA 93901<br>Rent: $950/m<br>Deposit: $980<br>Entered date: 1/10/2013 |
| Kayla Gaytan<br>76 West Street<br>Salinas, CA 93901 | Property: 2 bedroom 1 bath dwelling at 76 West St.,Salinas, CA 93901<br>Rent: $950/m<br>Deposit: $980<br>Entered date: 8/29/2008 |
| Rebecca Alvarez<br>204 East Alisal Street<br>Salinas, CA 93901 | Property: 3 bedroom duplex at 204 E. Alisal St., Salinas, CA 93901<br>Rent: $1250/m<br>Deposit: $1275<br>Entered date: 1/28/2012 |
| Maria Mendoza<br>332 Boronda Road #1<br>Salinas, CA 93907 | Property: 2 bedroom duplex at 332 Boronda Road #1, Salinas, CA 93907<br>Rent: $980/m<br>Deposit: $980<br>Entered date: 5/22/2012 |

In re <u>Camilo C. Calinawan & Elsida L. Calinawan</u>     Case No. _____
           **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jorge Navarro<br>332 Boronda Road #2<br>Salinas, CA 93907 | Property: 1 bedroom duplex at 332 Boronda Road #2, Salinas, CA 93907<br>Rent: $800/m<br>Deposit: $800<br>Entered date: 2/27/2012 |
| Sandra Hernandez<br>332 Boronda Road #3<br>Salinas, CA 93907 | Property: 3 bedroom duplex at 332 Boronda Road #3, Salinas, CA 93907<br>Rent: $1150/m<br>Deposit: $1150<br>Entered date: 5/12/2013 |
| Jose Chavarria<br>126 North Filice Street<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 126 N. Filice St., Salinas, CA 93905<br>Rent: $750/m<br>Deposit: $750<br>Entered date: 3/5/2009 |
| Ricardo Villegas Perez<br>128 North Filice Street<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 128 N. Filice St., Salinas, CA 93905<br>Rent: $750/m<br>Deposit: $750<br>Entered date: 10/1/2012 |
| Maribel Reyes<br>#7 Short St.<br>Salinas, CA 93905 | Property: 1 bedroom 1 bath duplex at #7 Short St., Salinas, CA 93905<br>Rent: $750/m<br>Deposit: $770<br>Entered date: 10/18/2012 |
| Delia Cortez Mendez<br>9 Short St.<br>Salinas, CA 93905 | Property: 1 bedroom at 9 Short St., Salinas, CA 93905<br>Rent: $760/m<br>Deposit: $760<br>Entered date: 7/1/2012 |
| Rolando Lopez Abecerra<br>11 Short Street<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 11 Short St., Salinas, CA 93905<br>Rent: $765/m<br>Deposit: $765<br>Entered date: 1/1/2013 |
| Julio Chavarria<br>13 Short Street<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 13 Short St., Salinas, CA 93905<br>Rent: $750/m<br>Deposit: $750<br>Entered date: 1/1/2013 |

In re <u>Camilo C. Calinawan & Elsida L. Calinawan</u>    Case No. _____

            **Debtor**                                             **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ramon Lopez Leon<br>3092-B Lake Drive<br>Marina, CA 93933 | Property: 4 bedroom 2 bath house at 3092-B Lake Dr., Marina, CA 93933<br>Rent: $1700<br>Deposit: $1750<br>Entered date: 10/20/2008 |
| Bertha/Ramon Lopez<br>3092-A Lake Drive<br>Marina, CA 93933 | Property: 3092-B Lake Dr., Marina, CA 93933<br>Rent: $1730/m<br>Deposit: $1730<br>Entered date: 6/21/2013 |
| Lucio Vargas<br>713-A East Market Street<br>Salinas, CA 93905 | Property: 2 bedroom 1 bath duplex at 713-A East Market Street, Salinas, CA 93905<br>Rent: $900/m<br>Deposit: $1020<br>Entered date: 3/1/2010 |
| Maria Escobar<br>713-B East Market Street<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 713-B East Market Street, Salinas, CA 93905<br>Rent: $1050/m<br>Deposit: $1050<br>Entered date: 6/24/2013 |
| Bulmaro/Araceli Alvarado<br>715-A East Market Street<br>Salinas, CA 93905 | Property: 3 bedroom 1 bath duplex at 715-A East Market Street, Salinas, CA 93905<br>Rent: $1350/m<br>Deposit: $1375<br>Entered date: 7/8/2012 |
| Carlos Armando Amaya<br>715-B Meyers Ct.<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 715-B East Market Street, Salinas, CA 93905<br>Rent: $880/m<br>Deposit: $950<br>Entered date: 1/1/2012 |
| Maria De Jesus/Jose Victor Rivas<br>715-C Meyers Ct.<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 715-C East Market Street, Salinas, CA 93905<br>Rent: $950/m<br>Deposit: $950<br>Entered date: 1/27/2012 |
| Lorena Mendoza<br>140 Soledad St. Front<br>Salinas, CA 93901 | Property: 1 bedroom duplex at 140 Soledad St. Front, Salinas, CA 93901<br>Rent: $750/m<br>Deposit: $750<br>Entered date: 5/25/2012 |

In re <u>Camilo C. Calinawan & Elsida L. Calinawan</u>      Case No. _____

            **Debtor**                                            **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Elmer/Arcilia Reyes<br>140-A Soledad Street<br>Salinas, CA 93901 | Property: 1 bedroom duplex at 140-A Soledad St. Front, Salinas, CA 93901<br>Rent: $750/m<br>Deposit: $750<br>Entered date: 8/28/2012 |
| Daniel Rangel<br>140-B Soledad Street<br>Salinas, CA 93901 | Property: 1 bedroom duplex at 140-B Soledad St. Front, Salinas, CA 93901<br>Rent: $700/m<br>Deposit: $750<br>Entered date: 1/1/2012 |
| Linda Harris<br>140-C Soledad Street<br>Salinas, CA 93901 | Property: 3 bedroom duplex at 140-C Soledad St. Front, Salinas, CA 93901<br>Rent: $950/m<br>Deposit: $950<br>Entered date: 5/9/2012 |
| Diana Soto<br>140-D Soledad Street<br>Salinas, CA 93901 | Property: 1 bedroom duplex at 140-D Soledad St. Front, Salinas, CA 93901<br>Rent: $700/m<br>Deposit: $700<br>Entered date: 12/11/2012 |
| Rene/Kayla Martinez<br>140-E Soledad Street<br>Salinas, CA 93901 | Property: 1 bedroom duplex at 140-E Soledad St. Front, Salinas, CA 93901<br>Rent: $780/m<br>Deposit: $805<br>Entered date: 2/10/2013 |
| Leticia Nunez<br>516 Santa Maria St.<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 516 Santa Maria St., Salinas, CA 93905<br>Rent: $750/m<br>Deposit: $750<br>Entered date: 2/1/2013 |
| Francisco Gutierrez<br>516-A Santa Maria St.<br>Salinas, CA 93905 | Property: 1 bedroom 1 bath duplex at 516-A Santa Maria St., Salinas, CA 93905<br>Rent: $750/m<br>Deposit: $750<br>Entered date: 4/19/2010 |
| Maria Luisa Flor<br>518 Santa Maria St.<br>Salinas, CA 93905 | Property: 1 bedroom 1 bath duplex at 518 Santa Maria St., Salinas, CA 93905<br>Rent: $760/m<br>Deposit: $760<br>Entered date: 10/1/2009 |

In re <u>Camilo C. Calinawan & Elsida L. Calinawan</u>     Case No. _____

        **Debtor**                                                     **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Rosina Gonzales<br>644-A Towt St.<br>Salinas, CA 93905 | Property: 2 bedroom duplex at 644-A Towt St., Salinas, CA 93905<br>Rent: $850/m<br>Deposit: $875<br>Entered date: 6/24/2011 |
| Lourdes Mendoza/ Rafael Solorid Lemus<br>644-B Towt St.<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 644-B Towt St., Salinas, CA 93905<br>Rent: $680/m<br>Deposit: $725<br>Entered date: 2/1/2012 |
| Lisa Gomez<br>644-C Towt St.<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 644-C Towt St., Salinas, CA 93905<br>Rent: $760/m<br>Deposit: $785<br>Entered date: 7/18/2009 |
| Gerardo Avalos<br>644-D Towt St.<br>Salinas, CA 93905 | Property: 1 bedroom duplex at 644-D Towt St., Salinas, CA 93905<br>Rent: $650/m<br>Deposit: $720<br>Entered date: 2/1/2012 |
| | |
| | |
| | |
| | |

In re  Camilo C. Calinawan & Elsida L. Calinawan          Case No. _____
_____
              **Debtor**                                                            **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Cali-Allen Properties<br>21449 Riverview Ct.<br>Salinas, CA 93908-1450 | American Express<br>Box 0001<br>Los Angeles, CA 90096-8000 |

In re  Camilo C. Calinawan & Elsida L. Calinawan
_____     Case _____
          **Debtor**                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Retired | Retired |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | | $ 0.00 | $ 0.00 |
| 2. Estimated monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union Dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify:_____ ) | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 0.00 |
| 6.. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 62,180.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance ( Specify) (D)Soc Sec after Medicare  (S)Soc Sec after Medicare | | $ 713.00 | $ 539.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (D)From Cali-Allen (Specify) | | $ 2,500.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 65,393.00 | $ 539.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | | $ 65,393.00 | $ 539.00 |
| 16. COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | | $ 65,932.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

See Exh 1 for Current Contract Rent and mortgage payment detail
Cali Allen inc net rents from prop not vested in names of debtors;
Debtors were drawing 3K/mo from Cali Allen WFB

In re  Camilo C. Calinawan & Elsida L. Calinawan                    Case No. _____
_____                                      _____
**Debtor**                                                                    **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 8,539.38 |
|     a. Are real estate taxes included?  Yes _____  No ✓ | |
|     b. Is property insurance included?  Yes _____  No ✓ | |
| 2. Utilities: a. Electricity and heating fuel | $ 250.00 |
|     b. Water and sewer | $ 81.00 |
|     c. Telephone | $ 200.00 |
|     d. Other _____ | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 80.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 80.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 90.00 |
|     b. Life | $ 106.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 120.00 |
|     e. Other_____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ Property taxes-residence _____ | $ 533.62 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 602.00 |
|     b. Other  PITI Rentals See Exh 1 | $ 45,256.66 |
|     c. Other  Rental repair & Vacancy at 15% | $ 9,327.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  HOA Dues | $ 136.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 66,321.66 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $539.00. See Schedule I) | $ 65,932.00 |
|     b. Average monthly expenses from Line 18 above | $ 66,321.66 |
|     c. Monthly net income (a. minus b.)  (Net includes Debtor/Spouse combined Amounts) | $ -389.66 |

| | ADDRESS | RENT | MORTGAGE | ESCROW | INSURANCE | MONTHLY TAX |
|---|---|---|---|---|---|---|
| 1 | 715 E. Market St., Salinas, CA | 3,180.00 | 2,582.22 | 242.01 | | |
| 2 | 540 Frances Ave., Seaside, CA | 2,150.00 | 1,303.97 | 0.00 | 61.63 | 369.92 |
| 3 | 332 Boronda Road, Salinas, CA | 2,930.00 | 2,419.71 | 0.00 | 62.03 | 259.32 |
| 4 | 546 Francis Ave., Seaside, CA | 2,150.00 | | 0.00 | 35.08 | 372.68 |
| 5 | 3245 Coral Way, Marina, CA | 1,500.00 | | 0.00 | 36.65 | 255.75 |
| 6 | 1146 East Laurel Dr., Salinas, CA | 4,500.00 | 2,344.95 | 0.00 | 74.41 | 352.18 |
| 7 | 1150 East Laurel Dr., Salinas, CA | 3,940.00 | 3,019.88 | 0.00 | 75.35 | 373.93 |
| 8 | 126-128 North Filice Street, Salinas, CA | 4,525.00 | 2,446.14 | 0.00 | 44.28 | 450.95 |
| 9 | 104 East Bernal Dr., Salinas, CA | 2,475.00 | 2,247.32 | 0.00 | 328.70 | 175.74 |
| 10 | 542 Sunrise Street, Salinas, CA | 2,900.00 | | 309.52 | | |
| 11 | 3092 Lake Dr. A & B, Marina, CA (Equity) | 1,700.00 | 1,630.00 | 608.82 | | |
| 12 | 713 East Market St., Salinas, CA | 1,950.00 | 1,493.89 | 166.87 | | |
| 13 | 18 Lunsford Dr., Salinas, CA | 1,600.00 | 2,001.07 | 1,060.45 | | |
| 14 | 621 Roosevelt Street, Salinas, CA | 4,020.00 | 1,820.65 | 369.52 | | |
| 15 | 728 Jefferson Street, Salinas, CA | 3,760.00 | 2,059.48 | 340.52 | | |
| 16 | 202 E. Alisal Street, Salinas, CA | 2,750.00 | 1,123.97 | 313.17 | | |
| 17 | 74 West Street # A, B, C, D, Salinas, CA | 3,870.00 | 1,764.35 | 0.00 | 87.53 | 310.37 |
| 18 | 644 Towt Street, Salinas, CA | 2,940.00 | 2,179.98 | 0.00 | 56.67 | 243.45 |
| 19 | 781 Gee Street, Salinas, CA | 1,750.00 | 2,354.94 | 181.15 | | |
| 20 | 140 Soledad St., Salinas, CA | 4,630.00 | 2,531.50 | 0.00 | | 387.60 |
| 21 | 516-516A-518-518A Santa Maria Street, Salinas, CA | 2,960.00 | 1,560.92 | 0.00 | 93.18 | 272.29 |
| 22 | TOTAL | 62,180.00 | 36,884.94 | 3,592.03 | 955.51 | 3,824.18 |
| | PITI TOTAL ALL PROPERTIES | | 45,256.66 | | | |

# United States Bankruptcy Court
### Northern District of California

In re ___Camilo C. Calinawan & Elsida L. Calinawan___

Debtor

Case No. _____

Chapter ___11___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 4 | $ 7,353,000.00 | | |
| B – Personal Property | YES | 5 | $ 321,944.97 | | |
| C – Property Claimed as exempt | YES | 2 | | | |
| D – Creditors Holding Secured Claims | YES | 10 | | $11,953,617.69 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 19 | | $ 65,170.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 667,336.50 | |
| G - Executory Contracts and Unexpired Leases | YES | 8 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 65,932.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 66,321.66 |
| **TOTAL** | | 53 | $ 7,674,944.97 | $12,686,124.19 | |

# United States Bankruptcy Court
## Northern District of California

In re  Camilo C. Calinawan & Elsida L. Calinawan        Case No. _____

　　　　　　　　　　　　　Debtor

Chapter ____11____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Camilo C. Calinawan & Elsida L. Calinawan

In re _____     Case No. _____
                    **Debtor**                                          **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____55____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __12/9/2013_____          Signature: __/s/ Camilo C. Calinawan_____
                                                                          **Debtor**

Date __12/9/2013_____          Signature: __/s/ Elsida L. Calinawan_____
                                                                     **(Joint Debtor, if any)**

**[If joint case, both spouses must sign.]**

-------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                       Social Security No.
of Bankruptcy Petition Preparer                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____          _____
        Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____

                                                                 _____
                                                                 [Print or type name of individual signing on behalf of debtor.]

**[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]**

-------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re  Camilo C. Calinawan & Elsida L. Calinawan

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1.  Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2013(db) | 16,500 | Property Mgmt Inc |
| 2012(db) | 0 | Gross Prop Mgmt Inc $0 for net loss of $17,012 |
| 2011(db) | 0 | Gross Prop Mgmt Income: $0 |
| | | |
| 2013(jdb) | 16,500 | Prop Mgmt Income |
| 2012(jdb) | 0 | |
| 2011(jdb) | 0 | |

**2.  Income other than from employment or operation of business**

None



      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2011  (db)    280,116 | Interest: $297; Rental Gross Inc. $271,263 for net taxable loss of $14,775; Soc Sec $8556; K-1 losses (H&W) $367,244 |
| 2012(db)    366471 | Int $302; IRA distribution $3,238; Gross rental Inc $354,335; Soc Sec $8556 |
| 2011(jdb) | Soc Sec ~$9008; |
| 2012(jdb) | Soc Sec ~$9646 |

**3.  Payments to creditors**

None



*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case or to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☒

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
☒

b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Unknown bidder at trustee's sale | 1-12 | 219 Lang St. Salinas, CA |

### 6. Assignments and Receiverships

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

None ☒    b.    List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ☐    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
| --- | --- | --- | --- |
| St. Joseph Parish | Debtors' Place of worship | 2013 | tithing |
| Leonila Namay<br>Rojas City, Capiz | Sister | Nov. 2013 | $100 (Typhoon assistance) |

**8. Losses**

None ☒      List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐      List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Lars Fuller Fuller Law Firm, P.C. 60 No. Keeble Ave. San Jose, ca 95126 | 11/1/2013 | $5000 |
| Lars Fuller Fuller Law Firm, P.C. 60 No. Keeble Ave. San Jose, ca 95126 | 11/13/2013 | $5000 |
| Lars Fuller Fuller Law Firm 60 No. Keeble Ave. San Jose, ca 95126 | 12-6-2013 | $18,747 plus filing fee and class fee |

**10. Other transfers**

None ☒      a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

|  NAME AND | DESCRIPTION AND | LOCATION OF PROPERTY |
|-----------|-----------------|----------------------|
| ADDRESS OF OWNER | VALUE OF PROPERTY | |

**15. Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
|-----------|------------------|---------|---------------|
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

   b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

   c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☐

   a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Cali-Allen Properties, GP | 770507095 | 21449 Riverview Court Salinas, CA | Real Estate Partneship | 1997 - present (but other partners assigned their interest to Debtors Oct 24, 2005) |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                                 ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None
☒

a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                  DATES SERVICES RENDERED

None
☒

b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                    ADDRESS                        DATES SERVICES RENDERED

None
☒

c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                                 ADDRESS

None
☒
d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                    DATE
                                                   ISSUED

**20.  Inventories**

None
☒
a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                               (Specify cost, market or other basis)

None
☒
b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF
                                               INVENTORY RECORDS

**21. Current Partners, Officers, Directors and Shareholders**

None
☐
a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Camino Calinawan | general partner | 50% |
| Elsida Calinawan | General partner | 50% |

None
☒
b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE OF
                                                            STOCK OWNERSHIP

**22.   Former partners, officers, directors and shareholders**

None   a.        If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒      immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None   b.        If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒      terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23.   Withdrawals from a partnership or distribution by a corporation**

None           If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☒      insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
       perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24.   Tax Consolidation Group**

None           If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒      corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
       within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25.   Pension Funds**

None           If the debtor is not an individual, list the name and federal taxpayer identification number of any pension
☒      fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year
       period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  12/9/2013                    Signature      /s/ Camilo C. Calinawan
                                   of Debtor      _____
                                                  CAMILO C. CALINAWAN

Date  12/9/2013                    Signature      /s/ Elsida L. Calinawan
                                   of Joint Debtor _____
                                                  ELSIDA L. CALINAWAN

                    __0__ continuation sheets attached

**Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571**

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Adrian Santos/Octaviana Martinez
1150 East Laurel Drive
Salinas, CA 93905


Adrian Santos/Octaviana Martinez
1150 East Laurel Drive
Salinas, CA 93905


American Express
Box 0001
Los Angeles, CA 90096-8000


Andres Carcano
18-B Lunsford Drive
Salinas, CA 93906


Andres Carcano
18-B Lunsford Drive
Salinas, CA 93906


Angel Guzman
104-B East Bernal Drive
Salinas, CA 93906


Angel Guzman
104-B East Bernal Drive
Salinas, CA 93906


Antonio/Octaviana Martinez
728-C Jefferson Street
Salinas, CA 93905


Antonio/Octaviana Martinez
728-C Jefferson Street
Salinas, CA 93905


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

```
Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410


Bank of America
P.O. box 10423
Van Nuys, CA 91410-0423
```

Bertha/Ramon Lopez
3092-A Lake Drive
Marina, CA 93933


Bertha/Ramon Lopez
3092-A Lake Drive
Marina, CA 93933


Blanca Solis
621 Roosevelt Street #4
Salinas, CA 93905


Blanca Solis
621 Roosevelt Street #4
Salinas, CA 93905


BMW Financial
P.O. Box 3608
Dublin, OH 43016-0306


Bulmaro/Araceli Alvarado
715-A East Market Street
Salinas, CA 93905


Bulmaro/Araceli Alvarado
715-A East Market Street
Salinas, CA 93905


Cali-Allen Properties
21449 Riverview Ct.
Salinas, CA 93908-1450


Carlos Armando Amaya
715-B Meyers Ct.
Salinas, CA 93905


Carlos Armando Amaya
715-B Meyers Ct.
Salinas, CA 93905

Chase
Attn: Bankruptcy Dept
P.O. Box 15298
Wilmington, DE 19850


Chase
Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014


Chase
Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014


Daniel Rangel
140-B Soledad Street
Salinas, CA 93901


Daniel Rangel
140-B Soledad Street
Salinas, CA 93901


Delia Cortez Mendez
9 Short St.
Salinas, CA 93905


Delia Cortez Mendez
9 Short St.
Salinas, CA 93905


Diana Meneses/Ramon Solis
202 East Alisal Street
Salinas, CA 93901


Diana Soto
140-D Soledad Street
Salinas, CA 93901


Diana Soto
140-D Soledad Street
Salinas, CA 93901

Eduardo Cisneros
781-A Gee Street
Salinas, CA 93905


Elmer/Arcilia Reyes
140-A Soledad Street
Salinas, CA 93901


Elmer/Arcilia Reyes
140-A Soledad Street
Salinas, CA 93901


Enrique Mendez
781-B Gee Street
Salinas, CA 93905


Enrique Mendez
781-B Gee Street
Salinas, CA 93905


Ernesto Diaz Guzman
542-F Sunrise Street
Salinas, CA 93905


Ernesto Diaz Guzman
542-F Sunrise Street
Salinas, CA 93905


Evelia Gonzales
728-A Jefferson Street
Salinas, CA 93905


Evelia Gonzales
728-A Jefferson Street
Salinas, CA 93905


Faustino Pablo
544 Sunrise Street
Salinas, CA 93905

Faustino Pablo
544 Sunrise Street
Salinas, CA 93905


Fernando Infante
1146 E. Laurel Drive
Salinas, CA 93905


Fernando Infante
1146 E. Laurel Drive
Salinas, CA 93905


Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011


Francisco Gutierrez
516-A Santa Maria St.
Salinas, CA 93905


Francisco Gutierrez
516-A Santa Maria St.
Salinas, CA 93905


Gerardo Avalos
644-D Towt St.
Salinas, CA 93905


Gerardo Avalos
644-D Towt St.
Salinas, CA 93905


Gildardo Munoz/Eloisa Ordaz
621 Roosevelt Street #2
Salinas, CA 93905


Gildardo Munoz/Eloisa Ordaz
621 Roosevelt Street #2
Salinas, CA 93905

```
Indymac Bank/Onewest bank
Attn: Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jaime Santos
728-B Jefferson Street
Salinas, CA 93905


Jaime Santos
728-B Jefferson Street
Salinas, CA 93905


Jorge Castellanos
1146-B E. Laurel Drive
Salinas, CA 93905


Jorge Navarro
332 Boronda Road #2
Salinas, CA 93907


Jorge Navarro
332 Boronda Road #2
Salinas, CA 93907


Jose Antonio Solis-Santos
1150-B East Laurel Drive
Salinas, CA 93905


Jose Antonio Solis-Santos
1150-B East Laurel Drive
Salinas, CA 93905



Jose Chavarria
126 North Filice Street
Salinas, CA 93905
```

Jose Chavarria
126 North Filice Street
Salinas, CA 93905

Jose Luis Mendez
728-D Jefferson Street
Salinas, CA 93905

Jose Luis Mendez
728-D Jefferson Street
Salinas, CA 93905

Jose Montiel
518-A Santa Maria St.
Salinas, CA 93905

Josefina/Jose Nunez
104-A East Bernal Drive
Salinas, CA 93906

Josefina/Jose Nunez
104-A East Bernal Drive
Salinas, CA 93906

Julio Chavarria
13 Short Street
Salinas, CA 93905

Julio Chavarria
13 Short Street
Salinas, CA 93905

Kayla Gaytan
76 West Street
Salinas, CA 93901

Kayla Gaytan
76 West Street
Salinas, CA 93901

Laura Barragan
18-A Lunsford Drive
Salinas, CA 93906

Laura Barragan
18-A Lunsford Drive
Salinas, CA 93906


Leonardo Zavala/Marcela Robles
542-A Sunrise Street
Salinas, CA 93905


Leonardo Zavala/Marcela Robles
542-A Sunrise Street
Salinas, CA 93905


Leticia Nunez
516 Santa Maria St.
Salinas, CA 93905


Leticia Nunez
516 Santa Maria St.
Salinas, CA 93905


Leticia Palitos
74 West Street
Salinas, CA 93901


Leticia Palitos
74 West Street
Salinas, CA 93901


Linda Harris
140-C Soledad Street
Salinas, CA 93901


Linda Harris
140-C Soledad Street
Salinas, CA 93901


Lisa Gomez
644-C Towt St.
Salinas, CA 93905


Lisa Gomez
644-C Towt St.
Salinas, CA 93905

Lorena Mendoza
140 Soledad St. Front
Salinas, CA 93901


Lorena Mendoza
140 Soledad St. Front
Salinas, CA 93901


Lourdes Mendoza/ Rafael Solorid Lemus
644-B Towt St.
Salinas, CA 93905


Lourdes Mendoza/ Rafael Solorid Lemus
644-B Towt St.
Salinas, CA 93905


Lucio Vargas
713-A East Market Street
Salinas, CA 93905


Lucio Vargas
713-A East Market Street
Salinas, CA 93905


Marcelino Almanza
621 Roosevelt Street #3
Salinas, CA 93905


Marcelino Almanza
621 Roosevelt Street #3
Salinas, CA 93905


Maria De Jesus/Jose Victor Rivas
715-C Meyers Ct.
Salinas, CA 93905


Maria De Jesus/Jose Victor Rivas
715-C Meyers Ct.
Salinas, CA 93905

Maria Escobar
713-B East Market Street
Salinas, CA 93905


Maria Escobar
713-B East Market Street
Salinas, CA 93905


Maria Luisa Flor
518 Santa Maria St.
Salinas, CA 93905


Maria Luisa Flor
518 Santa Maria St.
Salinas, CA 93905


Maria Mendoza
332 Boronda Road #1
Salinas, CA 93907


Maria Mendoza
332 Boronda Road #1
Salinas, CA 93907


Maribel Reyes
#7 Short St.
Salinas, CA 93905


Maribel Reyes
#7 Short St.
Salinas, CA 93905


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891

Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891

Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891

```
Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Mary A. Zeeb
Treasurer Tax Collector
P.O. Box 891
Salinas, CA 93902-0891


Nationstar Mortgage
Attn: Bankruptcy Dept.
350 Highland Dr.
Lewisville, TX 75067


Nationstar Mortgage
Attn: Bankruptcy Dept.
350 Highland Dr.
Lewisville, TX 75067


Nationstar Mortgage
Attn: Bankruptcy Dept.
350 Highland Dr.
Lewisville, TX 75067


Nationstar Mortgage
Attn: Bankruptcy Dept.
350 Highland Dr.
Lewisville, TX 75067


Nationstar Mortgage
Attn: Bankruptcy Dept.
350 Highland Dr.
Lewisville, TX 75067


Norma Rodriguez/Diana Oropeza
304 Archer St.
Salinas, CA 93901


Norma Rodriguez/Diana Oropeza
304 Archer St.
Salinas, CA 93901
```

```
Ocwen
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416


Ocwen F.S.B.
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416


One West Bank
301 E. Ocean Blvd. #1720
Long Beach, CA 90802


Patricia Elizalda
1146-A E. Laurel Drive
Salinas, CA 93905


Patricia Elizalda
1146-A E. Laurel Drive
Salinas, CA 93905


Paul & Penny Callinawan
3245 Coral Way
Marina, CA 93933


Paul and Penny Calinawan
3245 Coral Way
Marina, CA 93933


Paul/Penny Calinawan
3245 Coral Way
Marina, CA 93933


Ramon Lopez Leon
3092-B Lake Drive
Marina, CA 93933


Ramon Lopez Leon
3092-B Lake Drive
Marina, CA 93933
```

Rebecca Alvarez
204 East Alisal Street
Salinas, CA 93901


Rebecca Alvarez
204 East Alisal Street
Salinas, CA 93901


Rene/Kayla Martinez
140-E Soledad Street
Salinas, CA 93901


Rene/Kayla Martinez
140-E Soledad Street
Salinas, CA 93901



Ricardo Villegas Perez
128 North Filice Street
Salinas, CA 93905


Ricardo Villegas Perez
128 North Filice Street
Salinas, CA 93905


Rich Allen
Tess Allen
925 Rancho Hills
Gilroy, CA 95020


Roberta Mabalot
1146-C E. Laurel Drive
Salinas, CA 93905


Roberta Mabalot
1146-C E. Laurel Drive
Salinas, CA 93905


Rolando Lopez Abecerra
11 Short Street
Salinas, CA 93905

Rolando Lopez Abecerra
11 Short Street
Salinas, CA 93905


Rosie Segura
308 Archer St.
Salinas, CA 93901


Rosie Segura
308 Archer St.
Salinas, CA 93901


Rosina Gonzales
644-A Towt St.
Salinas, CA 93905


Rosina Gonzales
644-A Towt St.
Salinas, CA 93905


Sandra Hernandez
332 Boronda Road #3
Salinas, CA 93907


Sandra Hernandez
332 Boronda Road #3
Salinas, CA 93907


Scott Alberti
540 Francis Avenue
Seaside, CA 93955


Scott Alberti
540 Francis Avenue
Seaside, CA 93955


Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165


Susana Elizalde
1150-C East Laurel Drive
Salinas, CA 93905

Susana Elizalde
1150-C East Laurel Drive
Salinas, CA 93905


Susana Tavarez
621 Roosevelt Street #1
Salinas, CA 93905


Susana Tavarez
621 Roosevelt Street #1
Salinas, CA 93905


Topou Manoa & Manase Manoa
546 Francis Avenue
Seaside, CA 93955


Union Bank
P.O. Box 30115
Los Angeles, CA 90030


Union Bank N.A.
P.O. Box 30115
Los Angeles, CA 90030


Virginia Ramirez
542-B Sunrise Street
Salinas, CA 93905


Virginia Ramirez
542-B Sunrise Street
Salinas, CA 93905

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re  Camilo C. Calinawan & Elsida L. Calinawan                ,

                              Debtor

Case No. _____

Chapter _____11_____

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 18 pages, is true, correct and complete to the best of my knowledge.

Date    12/9/2013                              Signature     /s/ Camilo C. Calinawan
                                               of Debtor      CAMILO C. CALINAWAN

Date    12/9/2013                              Signature     /s/ Elsida L. Calinawan
                                               of Joint Debtor  ELSIDA L. CALINAWAN

Lars Fuller
The Fuller Law Firm, P.C.
60 North Keeble Avenue
San Jose, CA 95126
408-295-5595
408-295-9852

# United States Bankruptcy Court
## Northern District of California

In re  Camilo C. Calinawan & Elsida L. Calinawan

Case No. _____

Chapter _____ 11 _____

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........……………………………….... $ _____0.00_____

Prior to the filing of this statement I have received .......…………….…….......... $ ___28,747.00____

Balance Due ......................……………………………………….................... $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

Counsel will apply for fees consistent with Application for employment and retainer agreement based on time expended on the case.

All fees subject to Court approval

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

| 12/9/2013 | /s/ Lars Fuller |
|---|---|
| Date | Signature of Attorney |
| | The Fuller Law Firm, P.C. |
| | Name of law firm |

In re ___Camilo C. Calinawan & Elsida L. Calinawan___
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedule I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>  a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>  b. ☑ Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>  c. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income received from all sources, derived during the the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you divide the six-month total by six, and enter the result on the appropriate line. | | **Column A Debtor's Income** | **Column B Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 1,500.00 | $ 1,500.00 |
| 3 | **Net income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<table><tr><td>a.</td><td>Gross receipts</td><td>$ 0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$ 0.00</td></tr><tr><td>c.</td><td>Business Income</td><td>Subtract Line b from Line a</td></tr></table> | | $ 0.00 | $ 0.00 |
| 4 | **Net rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<table><tr><td>a.</td><td>Gross receipts</td><td>$ 62,180.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$ 45,256.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td>Subtract Line b from Line a</td></tr></table> | | $ 39,552.00 | $ 0.00 |
| 5 | **Interest, dividends and royalties.** | | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $ 0.00</td><td>Spouse $ 0.00</td></tr></table> | | $ 0.00 | $ 0.00 |

B22B (Official Form 22B) (Chapter 11) (12/10)

| 9 | **Income from all other sources.**  Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9.  **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.  Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | | $          0.00 | |
| | b. | | $          0.00 | $          0.00 | $          0.00 |

| 10 | **Subtotal of current monthly income.**   Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B.  Enter the total(s). | $   41,052.00 | $ 1,500.00 |
|---|---|---|---|

| 11 | **Total Current Monthly.**  If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 10, Column A. | $          42,552.00 |
|---|---|---|

| | **Part VII: VERIFICATION** |
|---|---|

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: 12/9/2013          Signature:   /s/ Camilo C. Calinawan <br>                                                                     *(Debtor)* <br><br> Date: 12/9/2013          Signature:   /s/ Elsida L. Calinawan <br>                                                                     *(Joint Debtor, if any)* |
|---|---|

Case 13-56315    Doc # 1    Filed 12/09/13    Entered: 12/09/13 19:10:17    Page 105 of 105