

Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

The following constitutes the order of the Court.
Signed: October 17, 2019

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

Attorneys for Reorganized Debtors
CAMILO C. CALINAWAN and ELSIDA L. CALINAWAN

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 13-56315-SLJ |
| CAMILO C. CALINAWAN<br>ELSIDA L. CALINAWAN | Chapter 11 |
| Debtors. | NO HEARING REQUIRED |

### ORDER TO REOPEN CASE

Upon the Ex Parte Motion of the Debtors, Camilo C. Calinawan and Elsida L. Calinawan, to reopen their case, and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Debtors' above-captioned chapter 11 case is reopened.

2. This case shall be re-closed on January 31, 2020 without further order of this Court if, on that date, no contested matters or adversary proceedings are pending in this case.

***END OF ORDER***

COURT SERVICE LIST

All ECF Recipients.