1  Heinz Binder (SBN 87908)
   Robert G. Harris (SBN 124678)
2  David B. Rao (SBN 103147)
   BINDER & MALTER, LLP
3  2775 Park Avenue
   Santa Clara, CA 95050
4  Tel: (408) 295-1700
   Fax: (408) 295-1531
5  Email: Heinz@bindermalter.com
   Email: Rob@bindermalter.com
6  Email: David@bindermalter.com

Attorneys for Reorganized Debtors

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In re:

CAMILO C. CALINAWAN
ELSIDA L. CALINAWAN,

Debtors,

Case No. 13-56315-SLJ

Chapter 11

NO HEARING UNLESS REQUESTED

**AMENDED REQUEST FOR FINAL ORDER ON VALUATION OF COLLATERAL OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR DSLAMORTGAGE LOAN TRUST MORTGAGE LOAN PASS - THROUGH CERTIFICATES, SERIES 2006-AR2 UNDER §506 AND F.R.B.P. 3012**
(715 E. Market St., Salinas, California)

TO: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST MORTGAGE LOAN PASS - THROUGH CERTIFICATES, SERIES 2006-AR2 ("DEUTSCHE BANK"):

Camilo Calinawan and Elsida Calinawan, Reorganized Debtors in the above-captioned case (the "Debtors"), hereby request entry of a final order valuing the lien and secured claim of DEUTSCHE BANK against the above-referenced property at $274,500 pursuant to the terms Debtors' Chapter 11 Plan and the Order Valuing Lien [Dkt. #180] (the "Order Valuing Lien") entered in this case. This Amended Request is based on the following:

///

AMENDED REQUEST FOR FINAL ORDER ON VALUATION OF COLLATERAL OF DEUTSCHE
BANK UNDER §506 AND F.R.B.P. 3012
(715 E. Market St., Salinas, California)

Page 1

Case: 13-56315    Doc# 415    Filed: 11/15/19    Entered: 11/15/19 14:17:09    Page 1 of 2

1. On or about April 4, 2014, the Debtors and Deutsche Bank entered into and filed a Stipulation By and Between Secured Creditor and Debtors to Resolve Motion to Value Collateral of Real Property Located at 715 E. Market Street, Salinas, CA (the "Stipulation") pursuant to which the parties agreed that the real property at 715 E. Market Street, Salinas, California 93905 has a valuation of $274,500 for purposes of determining the amount of Deutsch Bank's secured claim (docket #177). The Stipulation also provided that (a) the terms of the Stipulation are contingent upon the confirmation of a Chapter 11 Plan by the Debtors and substantial consummation thereof; and (b) in the event this case is dismissed or converted to Chapter 7, Deutsche Bank shall retain its lien in the full amount due without regard to bifurcation into secured and unsecured claims. On April 7, 2014, the Court entered an Order Granting Stipulation By and Between Secured Creditor and Debtors to Resolve Motion to Value Collateral (docket #180) ("the Order Valuing Lien"). A copy of the Stipulation (without exhibits) and a copy of the Order Valuing Lien are attached to the supporting Declaration of Robert G. Harris as Exhibits "A" and "B" respectively.

2. On December 16, 2014, the Court entered an Order Confirming Plan of Reorganization Dated October 9, 2014 (Dkt. #287).

3. The Debtors have made all plan payments to general unsecured creditors listed in their Chapter 11 Plan of Reorganization. The Debtors' Discharge was entered on October 24, 2019. A copy of the Discharge is attached to the supporting Declaration of Robert G. Harris as Exhibit "C".

WHEREFORE, the Debtors pray that the Court enter a Final Order on Valuation of Collateral of DEUTSCHE BANK Under §506 and F.R.B.P. 3012, valuing the lien and secured claim of DEUTSCHE BANK at $ 274,500 pursuant to the Debtors' Chapter 11 Plan and the Order Valuing Lien.

Dated: November 6, 2019

Respectfully submitted,

BINDER & MALTER, LLP

By: /s/ *Robert G. Harris*
    Robert G. Harris,
    Attorneys for Reorganized Debtors

AMENDED REQUEST FOR FINAL ORDER ON VALUATION OF COLLATERAL OF DEUTSCHE BANK UNDER §506 AND F.R.B.P. 3012
(715 E. Market St., Salinas, California)
Page 2

Case: 13-56315   Doc# 415   Filed: 11/15/19   Entered: 11/15/19 14:17:09   Page 2 of 2