

Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for Reorganized Debtors
Camilo C. Calinawan and Elsida L. Calinawan

The following constitutes the order of the Court.
Signed: January 27, 2020

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>CAMILO C. CALINAWAN<br>ELSIDA L. CALINAWAN<br><br>Debtor, | Case No. 13-56315-SLJ<br>Chapter 11<br><br>NO HEARING REQUESTED |

**FINAL ORDER ON VALUATION OF COLLATERAL
OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
DSLA MORTGAGE LOAN TRUST MORTGAGE LOAN PASS - THROUGH
CERTIFICATES, SERIES 2006-AR2 UNDER §506 AND F.R.B.P. 3012**
(715 E. Market St., Salinas, California)

On April 7, 2014, this Court entered an ORDER GRANTING STIPULATION BY AND BETWEEN SECURED CREDITOR AND DEBTORS TO RESOLVE MOTION TO VALUE COLLATERAL OF REAL PROPERTY LOCATED AT 715 E. MARKET STREET, SALINAS, CA for the Purpose of Avoiding Lien on 715 E. Market Street, Salinas, California. The collateral secures a lien against certain property of Reorganized Debtors Camilo C. Calinawan and Elsida L Calinawan (the "Reorganized Debtors") for purposes of this Chapter 11 case. That order was subject to being set aside until the Reorganized Debtors completed plan payments or received a

discharge in this Chapter 11 case. The Reorganized Debtors having completed the payment of all general unsecured creditors listed in the Plan and having received a discharge, the Court now therefore enters the following final order:

The lien of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR DSLA MORTGAGE LOAN TRUST MORTGAGE LOAN PASS - THROUGH CERTIFICATES, SERIES 2006-AR2 regarding the property commonly known as 715 E. Market Street, Salinas, California, A.P.N. 004-093-018 and more fully described in Exhibit "A" hereto, and which was recorded in Monterey County, California on or about August 8, 2006 as document number 2006069962, is valued at $274,500.

***END OF ORDER***

# EXHIBIT "A"

Beginning at a point on the Eastern Extension of the Northern line of Gabilan Avenue, distance thereon 250 feet N. $82°\ 58'$ W., from the point of the intersection thereof with the Eastern line of Lot 16 as said Avenue and Lot are shown upon the Map hereinafter referred to, said Eastern Extension of Gabilan Avenue being parallel with the Southern line of said Lot 16, running thence from said point of beginning, N. $82°\ 58'$ W., along said Eastern extension of Gabilan Avenue 50 feet, thence N. $7°\ 18'$ E., parallel with said Eastern line of Lot 16, 120 feet to a point; thence S. $82°\ 58'$ E., parallel with said Southern line of said Lot 16. 50 feet to a point from which point of beginning of the property herein described bears S. $7^0\ 08'$ W, 120 feet; thence S. $7^0\ 08'$ W., 120 feet parallel with said Eastern line of Lot 16 to the point of beginning, being a portion of said Lot 16, as said Lot is shown upon that certain map entitled, Map of Elton B. Hebbron Subdivision of Part of Rancho El Sausal, Monterey County, California, filed in the Office of the County Recorder of said County, and now on file in Map Book Three, Cities and Towns, at Page 63.

Excepting therefrom any portion lying within the boundaries of East Market Street formerly Hebborn Avenue.

# COURT SERVICE LIST

All electronic service